IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,

        Plaintiff,                              Civil Case No. 23-CV-23730-RAR

v.

All Assets on Deposit and Restrained in
Brokerage Account No. 17271261 at
SAFRA National Bank of New York, *et al.*,

        Defendant.
_____/

## MEDIATION REPORT

This matter was mediated on October 30, 2024. Safra National Bank of New York et al settled before the mediation. The remaining parties and their counsel were present with authority to settle. The case was settled in its entirety. Due to the complexity of the case, the parties are requesting that the Court stay the case temporarily to resolve the closing documents.

                Respectfully submitted,
                Thomas E. Scott, Esquire
                COLE, SCOTT & KISSANE, P.A.
                9150 South Dadeland Boulevard, Suite 1400
                Miami, Florida 33156
                Phone: (305) 350-5300

                By:   /s/ Thomas E. Scott
                   THOMAS E. SCOTT (FBN: 149100)
                   Primary email: Thomas.scott@csklegal.com
                   Secondary email: renee.jordan@csklegal.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been electronically filed with the Clerk of the Court using the CM/ECF system and will be furnished through the CM/ECF system on counsel of record this 4th day of November, 2024.

                */s/Thomas E. Scott*
                Mediator