UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 23-CV-23730-RAR

**UNITED STATES OF AMERICA**,

    Plaintiff,

v.

**All Assets on Deposit and Restrained in Brokerage Account No. 17271261 at SAFRA National Bank of New York**, *et al.*,

    Defendants.
_____/

### ORDER ADMINISTRATIVELY CLOSING CASE AND REQUIRING STIPULATION OF DISMISSAL

**THIS CAUSE** comes before the Court upon the parties' Mediation Report, [ECF No. 59], indicating that the parties have reached a settlement in this matter. Accordingly, the Court having carefully reviewed the file, and being otherwise fully advised, it is hereby

**ORDERED AND ADJUDGED** as follows:

1. The Clerk shall administratively **CLOSE** this case without prejudice to the parties to file the appropriate dismissal documents within **thirty (30) days** of the date of this Order.

2. Any pending motions are **DENIED AS MOOT**.

3. All pending deadlines are **TERMINATED**.

**DONE AND ORDERED** in Miami, Florida, this 4th day of November, 2024.

_____
**RODOLFO A. RUIZ II**
**UNITED STATES DISTRICT JUDGE**