UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 23-CV-23730-RAR

**UNITED STATES OF AMERICA**,

    Plaintiff,

v.

**All Assets on Deposit and Restrained in Brokerage Account No. 17271261 at SAFRA National Bank of New York**, *et al.*,

    Defendants.
_____/

**ORDER GRANTING IN PART AND
<u>DENYING IN PART CONSENT MOTION</u>**

**THIS MATTER** comes before the Court upon the Consent Motion by the United States for reconsideration of the Court's *Order Administratively Closing Case and Requiring Stipulation of Dismissal* [ECF No. 60]. *See* [ECF No. 62]. The United States makes this request because the process of receiving settlement approval from the Deputy Attorney General of the United States Department of Justice can exceed six months, which would exceed the Court's thirty-day deadline to file the appropriate dismissal documents. [ECF No. 62] ¶ 3; *see also* [ECF No. 60]. The Court, being fully advised and for good cause shown, it is hereby

    **ORDERED AND ADJUDGED** as follows:

    1.    The Consent Motion is **GRANTED IN PART AND DENIED IN PART**.

    2.    The thirty-day deadline to file the appropriate dismissal documents is **TERMINATED**. [ECF No. 60].

3.  The case remains administratively **CLOSED** without prejudice, *see* [ECF No. 60], pending approval of the settlement by the Deputy Attorney General, after which the United States will file a Motion for Final Judgment of Forfeiture.

4.  The parties shall file a joint status report **on or before March 4, 2025**, regarding the settlement approval process.

**DONE AND ORDERED** in Miami, Florida, this 4th day of December, 2024.

_____
**RODOLFO A. RUIZ II**
**UNITED STATES DISTRICT JUDGE**