UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 1:23-CV-23730 RAR

UNITED STATES OF AMERICA,

   Plaintiff,

v.

ALL ASSETS ON DEPOSIT AND RESTRAINED IN
BROKERAGE ACCOUNT NO. 20010195
AT SAFRA NATIONAL BANK OF NEW YORK;

ALL ASSETS ON DEPOSIT AND RESTRAINED IN
CORPORATE CHECKING ACCOUNT NO. 1727126
AT SAFRA NATIONAL BANK OF NEW YORK; AND

ALL ASSETS ON DEPOSIT AND RESTRAINED IN
CORPORATE CHECKING ACCOUNT NO.17271253
AT SAFRA NATIONAL BANK OF NEW YORK.

   Defendants *In Rem.*
_____/

## NOTICE OF CHARGING LIEN

  COFFEY BURLINGTON PL and HILARIE BASS PLLC as counsel of record for INSTITUTO DE SEGURIDAD SOCIAL DE LA POLICIA NACIONAL ("ISSPOL"), hereby claim a charging lien on any settlement, judgment or payment to ISSPOL or its successor(s) or assignee(s) arising from this action.  The lien is for payment for costs and expenses advanced by, and legal services performed by counsel in prosecution of ISSPOL's claims for which they have not been compensated.

  The requirement for a valid charging lien are met.  *See Burton v. Carnival Corp.,* 916 F. Supp. 2d 1262, 1268 (S.D. Fla. 2012).  First, there is an express contract between counsel and ISSPOL. Second, there was an express understanding that payment was contingent on recovery

and would be paid from recovery in this action. Third, there exists a potential disagreement as to the amount of the fee owed to counsel. Fourth, this notice is timely as the dispute has just arisen and payment of the agreed settlement to ISSPOL has not yet occurred.

This Notice is being filed and sent (separately) to ISSPOL.

Respectfully submitted,

**COFFEY BURLINGTON, P.L.**
2601 South Bayshore Drive, Penthouse
Miami, FL 33133
Tel: 305-858-2900

By: /s/Kendall B Coffey
Kendall B. Coffey, FBN 259861
kcoffey@coffeyburlington.com
lmaltz@coffeyburlington.com
service@coffeyburlington.com

and

**HILARIE BASS PLLC**
Hillarie Bass, Esq.
2821 S. Bayshore Drive
Suite UPH-B
Miami, FL 33131-2176
Tel: (305) 505-8777
Cell: (305) 798-5506

By: /s/ Hilarie Bass,
  bassh@bassinstitute.org

*Co- Counsel for ISSPOL*

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing was served by Notice of Electronic Filing generated by CM/ECF, on April 15, 2025, on all counsel or parties of record on the Service List below.

By:  */s/Kendall Coffey*

| Service List ||
|---|---|
| MARKENZY LAPOINTE<br>UNITED STATES ATTORNEY<br>Annika M. Miranda<br>Jorge R. Delgado<br>Assistant United States Attorney<br>99 NE 4th Street, 7th Floor<br>Miami, FL 33132-2111<br>Tel:  (305) 961-9303<br>Fax:  (305) 536-4089<br>Annika.miranda@usdoj.gov<br>Jorge.Delgado2@usdoj.gov<br><br>*Counsel for Plaintiff, United States* | CARLTON FIELDS<br>Roger S. Kobert<br>2 MiamiCentral, Suite 1200<br>700 NW 1st Avenue<br>Miami, FL 33136<br>Tel:  (305) 530-0050<br>rkobert@carltonfields.com<br><br>*Counsel for Safra National Bank of New York* |
| CUETO LAW GROUP<br>Santiago Cueto<br>2100 Ponce de Leon Boulevard<br>Suite 1250<br>Coral Gables, FL 33146<br>Tel:  (305) 710-7868<br>Fax:  (305) 777-0449<br>sc@cuetolawgroup.com<br><br>*Counsel for Asegurado Del Sur* | CHRISTOPHER LYONS, P.A.<br>Christopher G. Lyons<br>2601 South Bayshore Drive, Suite 800<br>Miami, FL 33133<br>Tel:  (305) 377-3770<br>Fax:  (305) 377-0080<br>clyons@maselaw.com<br>dfigueroa@maselaw.com<br><br>*Counsel for Asegurado Del Sur* |
| GAVIRIA LAW FIRM<br>Frank J. Gaviria, Esq.<br>14 NE 1st Avenue, Suite 301<br>Miami, FL 33132<br>Tel:  (305) 379-4441<br>Fax:  (305) 479-4654<br>frank@fjgfirm.com<br>keity@fjgfirm.com<br><br>*Counsel for Asegurado Del Sur* | |