# EXHIBIT
# B

| [logo] | **SOCIAL SECURITY INSTITUTE OF THE NATIONAL POLICE** | CODE: RGA005<br>REVISION: 1<br>DATE: 01/02/2018 |
|---|---|---|

**LEGAL CONSULTANCY SERVICES**

### CONTRACT No. 2023-27-AJ-ISSPOL

**"PROCUREMENT OF INTERNATIONAL LEGAL CONSULTANCY SERVICES, SPONSORSHIP, LEGAL REPRESENTATION AND RECOVERY OF CAPITAL AND/OR SECURITIES INVESTED IN FAVOR OF THE ISSPOL ABROAD".**

In the city of Quito, on the 11th day of the month of April 2023 the following parties  appear, on the one hand, the Police Colonel of the E. M, (*Escuela de milicia* [Militia School]), Mr. DIEGO RENATO GONZÁLEZ PENAHERRERA, an Ecuadorian national, of legal age, divorced, a resident in the city of Quito, in my capacity as General Director of the Social Security Institute of the National Police, as attested by the documents attached as supporting documentation and as such, legal representative of the Institute, in the capacity of CONTRACTING PARTY or ISSPOL (*Instituto de Seguridad Social de la Policía Nacional* [Social Security Institute of the National Police]), and on the other hand, the LEGAL CONSORTIUM EXPERTISE-GIDEON FISHER & Co LLC of American nationality with employer identification number 92-3195698-EIN, represented by Mr. Alberto Hernán Peña Moscoso with ID card No. 1708463748, in his capacity as Joint Attorney-in-Fact, who shall be referred to as "THE CONTRACTOR", who freely and voluntarily agree to enter into this contract in accordance with the following clauses:

### CLAUSE ONE - INTERPRETATION OF THE CONTRACT AND ITS TERMS

The terms of the contract shall be interpreted in their literal sense, in order to clearly reflect the intention of the contracting parties. In any case its interpretation follows the following rules:

**a)** The terms shall be understood in their literal sense.

**b)** If they are not defined, the provisions of the contract in its natural and obvious sense, in accordance with the contractual purpose and the intention of the contracting parties, shall apply. If there are contradictions between the contract and the contract documents, the provisions of the contract shall prevail.

**c)** The context shall serve to illustrate the meaning of each of its parts, so that there is a proper correspondence and harmony between all of them.

### CLAUSE TWO - BACKGROUND INFORMATION

Ecuador is a constitutional state governed by the rule of law in accordance with Article 1 of the Constitution of the Republic of Ecuador; therefore, government procurement by public sector entities shall be governed by the Constitution, a principle that governed the opening of these proceedings for the "PROCUREMENT OF INTERNATIONAL LEGAL CONSULTANCY SERVICES, SPONSORSHIP,

| **"From the beginning to the end, there is always someone to protect you."** | | [logo:] ISO 9001 System Certification SGS |
|---|---|---|
| Address: Av. De los Shyris N 39-67 y el Telégrafo | Tel: 022-266-024    022-266-026<br><br>Ext: 0000 | |
| email: juridico@isspol.org.ec | ISO- 9001         P. 1 de 28 | |

| [logo] | **SOCIAL SECURITY INSTITUTE**<br>**OF THE NATIONAL POLICE** | CODE: RGA005<br>REVISION: 1<br>DATE: 01/02/2018 |
|---|---|---|

**LEGAL CONSULTANCY SERVICES**

LEGAL REPRESENTATION AND RECOVERY OF CAPITAL AND/OR SECURITIES INVESTED IN FAVOR OF THE ISSPOL ABROAD"

In accordance with Annex XIX contained in the annexes to the Protocol of Adhesion to the "TRADE AGREEMENT BETWEEN THE EUROPEAN UNION AND ITS MEMBER STATES, OF THE ONE PART, AND COLOMBIA, PERU AND ECUADOR, OF THE OTHER PART", the list of entities is established covered by Title VI of the aforementioned international instrument, both at central, sub-central and other levels, which shall apply the respective thresholds for goods, services, and construction services; as well as the rules of application to goods, services, construction services (works) and general exceptions; given the autonomy granted by the Social Security Law of the National Police to the ISSPOL, it is responsible for the verification of the list OTHER STATE ORGANIZATIONS, where the Institute is not considered.

Whereas, Article 3 of the Social Security Law of the National Police mandates that the Social Security Institute of the National Police (ISSPOL) is part of the social security system, as an autonomous non-profit organization with a social purpose, with legal status, its own assets and domiciled in the city of Quito.

The Director General has the following powers b) to legally represent the ISSPOL in all judicial and extrajudicial acts, contracts and agreements in which the ISSPOL is involved in accordance with Art. 8 of the Social Security Law of the National Police.

Article 2 of the Organic Law of the State Attorney General's Office provides that the Attorney General is the judicial representative of the State, for which reason, it is stated in No. 8 Cost/Effectiveness Analysis of the contents of the Determination of Necessity Report No. I-OF-2022-136-AJ-ISSPOL dated December 20, 2022, signed by attorney Karen Johanna Burgos Mosquera, Legal Counsel of the ISSPOL, dated December 20, 2022, the analysis of the conditions when procuring through the Attorney General's Office, since that ISSPOL could not have direct communication with the legal firm and the costs could be higher.

Through special examination DAAC-0263-2015 approved on May 25, 2015, the Office of the Comptroller General of the Government recommended to the Office of the Attorney General for contracts signed with outsourced lawyers: to include express duties of the contract administrator, to establish a penalty clause, to include a contract termination procedure, and to establish a documentation procedure prior to payment; recommendations that are included by the ISSPOL within this procurement.

Article 3 of the General Regulations to the Organic Law of the National Public Procurement System on foreign procurement provides that the procurement and/or leasing of goods, provision of services and execution of works that by their nature, purpose or scope must be executed outside the national territory shall not be governed by the rules set out in the Organic Law of the National Public Procurement System or these Regulations. These procedures shall be subject to the legal regulations of the country in which they are procured or to commercial practices or business models with international application, seeking to carry out competitive international bidding processes. (....); in addition to the above, the following shall also apply

| **"From the beginning to the end, there is always someone to protect you."** | [logo:] ISO<br>9001<br>System<br>Certification<br>SGS |
|---|---|
| Address: Av. De los Shyris N 39-67 y el Telégrafo<br><br>email: juridico@isspol.org.ec | Tel: 022-266-024   022-266-026<br><br>Ext: 0000<br><br>ISO- 9001    P. 2 de 28 | |

| [logo] | **SOCIAL SECURITY INSTITUTE**<br>**OF THE NATIONAL POLICE** | CODE: RGA005<br>REVISION: 1<br>DATE: 01/02/2018 |
|---|---|---|

**LEGAL CONSULTANCY SERVICES**

In accordance with Article 70, paragraph 5 of the Law, such contracts outside the territorial scope of application are exempt from the Suitability Report of the Office of the Comptroller General of the Government.

By means of Resolution N. 18-CD-SE-06-2021-ISSPOL of April 29, 2021, the Governing Board appointed E.M. Police Colonel Diego Renato Peñaherrera as Director General of the ISSPOL..

Internal Control Regulation 406-02, provides that purchases should be made only when necessary and in approved quantities and Chapter I, paragraph a of the Manual of Good Practices in Public Procurement for the Development of Ecuador, explains that there must be a report justifying the need for the preparatory stage, therefore, the ISSPOL Legal Department, with the proper authorizations, generated the Report of Determination of Need 1-OF-2022-136-AI-ISSPOL of December 20, 2022, in which it concludes: "(...) in view of the fact that all lawyers who are part of the ISSPOL Legal Department team are lawyers with a degree accredited to practice in Ecuador, but do not have any license to practice law abroad (...)" a document duly known and approved by the Director General of the ISSPOL by means of Memorandum No. I-ME2022-5281-DG-ISSPOL of December 20, 2022, from which the institutional need for ISSPOL in the recovery of capital abroad can be gathered.

By means of Memorandum No. I-ME-2022-213-CD-ISSPOL, dated November 16, 2022, it was informed that through Resolution No. 212-CD-SO-09-2022 dated November 15, 2022, the Governing Board acknowledged and approved the Annual Operating Plan POA [Plan Operativo Annual] 2023 for the ISSPOL.

The ISSPOL Governing Board by means of Resolution N. 240-CD-SE-38-2022-ISSPOL of December 1, 2022, resolved in art. 1 to recommend to the General Directorate, after an international competitive bidding procedure, to initiate the procurement process with the law firm EXPERTISE GIDEON FISHER

The competitive and transparent bidding procedure in favor of the international legal consortium EXPERTISE GIDEON FISHER because it is in the technical, economic and legal institutional interests is supported by the Technical and Economic Suitability and Feasibility Report dated March 16, 2023 signed by attorney Karen Johanna Burgos Mosquera, ISSPOL's Legal Counsel.

By means of official letter No. I-OF-2022-2126-AJ-ISSPOL, December 20, 2022, electronically signed by attorney Karen Johanna Burgos Mosquera, Legal Advisor of ISSPOL, requests to the E.M. Police Colonel Diego Renato Peñaherrera, General Director of the ISSPOL, the authorization to initiate the preparatory stage of the procedure for the "PROCUREMENT OF INTERNATIONAL LEGAL CONSULTANCY SERVICES, SPONSORSHIP, LEGAL REPRESENTATION AND RECOVERY OF CAPITAL AND/OR SECURITIES INVESTED IN FAVOR OF THE ISSPOL ABROAD";

Through Memorandum No. ISSPOL-DG-2023-5281-I-ME, dated December 21, 2023, electronically signed by E.M. Police Colonel Diego Renato Peñaherrera, Director General of the ISSPOL, communicates the authorization to initiate the preparatory stage of the process for the "PROCUREMENT OF INTERNATIONAL LEGAL CONSULTANCY SERVICES, SPONSORSHIP, LEGAL

| **"From the beginning to the end, there is always someone to protect you."** | | [logo:] ISO 9001 System Certification SGS |
|---|---|---|
| Address: Av. De los Shyris N 39-67 y el Telégrafo | Tel: 022-266-024   022-266-026<br><br>Ext: 0000 | |
| email: juridico@isspol.org.ec | ISO- 9001   P. 3 de 28 | |

| [logo] | **SOCIAL SECURITY INSTITUTE**<br>**OF THE NATIONAL POLICE** | CODE: RGA005<br>REVISION: 1<br>DATE: 01/02/2018 |
|---|---|---|

**LEGAL CONSULTANCY SERVICES**

REPRESENTATION AND RECOVERY OF CAPITAL AND/OR SECURITIES INVESTED IN FAVOR OF THE ISSPOL ABROAD"

With Memorandum No. I-ME-2022-5342-DG-ISSPOL of December 22, 2022, Police Colonel of the E.M. Mr. Diego Renato Peñaherrera, Director General of the ISSPOL, appoints the Public Procurement Department and Legal Counsel as delegates for the process of search and verification of national production VPN-ISSPOL-03-2022; thus, with Official Letter No. ISSPOL-DAD-CP-2023-0041-1-OF of January 30, 2023, the delegates indicate to the Highest Authority that there has been NO manifestation of national interest that meets the requirements established for the said procurement.

By means of Official Letter No. ISSPOL-AJ-2023-0183-I-OF dated February 13, 2023, Ms. Karen Johanna Burgos Mosquera, Legal Counsel of the ISSPOL, issued a legal opinion regarding the certificate of national production prior to procurement and concluded: "The ISSPOL on the basis of the autonomy granted by Article 2 of the Law of Social Security of the National Police is authorized to procure directly international sponsorship in defense of institutional interests using foreign regulations, without applying the Organic Law of the National Public Procurement System and therefore without the need for verification of national production (VPN) by SERCOP (*Servicio Nacional de Contratación Pública* [National Public Procurement Service]); considering the need to ensure the sustainability of police social security as a mandatory public service and an inalienable right of the police professional, which is based on the principles of cooperation, solidarity, justice, equity, foresight, comprehensiveness and specificity. "This criterion is ratified by the National Production Control Directorate of SERCOP.

Through Official Letter No. ISSPOL-AJ-2023-0281-1-OF dated March 6, 2023, electronically signed by attorney Karen Johanna Burgos Mosquera, Legal Counsel of the ISSPOL, the Public Procurement Department was requested to review and certify the PAC and electronic catalog for the process for the "PROCUREMENT OF INTERNATIONAL LEGAL CONSULTANCY SERVICES, SPONSORSHIP, LEGAL REPRESENTATION AND RECOVERY OF CAPITAL AND/OR SECURITIES INVESTED IN FAVOR OF THE ISSPOL ABROAD."

The ISSPOL Governing Board, by means of Resolution No. 12-CD-SO-02-2023-ISSPOL of March 7, 2023, resolved to approve the Regulations for the Procurement of Lawyers for the International Sponsorship of the ISSPOL and its Consulting Services.

On March 9, 2023, the SERCOP, through the National Production Control Directorate, by means of Official Letter No. SERCOP-DCPN-2023-0253-O, did not approve the certificate for the national production search process, emphasizing that Article 3 of the General Regulations to the Organic Law of the National Public Procurement System mentions that this type of approval is required for services to be IMPORTED to the Ecuadorian Government, which is not the case.

The physical pre-contractual file includes Certification No. 2023-13-DA-CP-ISSPOL dated March 14, 2023, sent by means of Official Letter No. ISSPOL-DAD-CP-2023-0081-1-OF March 14, 2023, electronically signed by attorney Andrea Velarde Cartagenova, Head of the Public Procurement Department of the ISSPOL, whereby she certifies that the activity "PROCUREMENT OF INTERNATIONAL LEGAL

| **"From the beginning to the end, there is always someone to protect you."** | | [logo:] ISO 9001 System Certification SGS |
|---|---|---|
| Address: Av. De los Shyris N 39-67 y el Telégrafo | Tel: 022-266-024    022-266-026<br><br>Ext: 0000 | |
| email: juridico@isspol.org.ec | ISO- 9001        P. 4 de 28 | |

| [logo] | **SOCIAL SECURITY INSTITUTE OF THE NATIONAL POLICE** | CODE: RGA005<br>REVISION: 1<br>DATE: 01/02/2018 |
|---|---|---|

**LEGAL CONSULTANCY SERVICES**

FOR THE DEFENSE OF ISSPOL'S INTERESTS AND SPECIFIC SPONSORSHIP FOR THE RECOVERY OF THE AMOUNTS INVESTED AND ITS REPRESENTATION IN LEGAL PROCEEDINGS OF ANY NATURE IN WHICH THE SOCIAL SECURITY INSTITUTE OF THE NATIONAL POLICE IS INVOLVED." is included in the PAC ISSPOL 2023, in compliance with Art. 46 of the LOSNCP (*Ley Orgánica del Sistema Nacional de Contratación Pública* [Organic Law of the National Public Procurement System]), it is not catalogued according to institutional needs, as follows:

- In the Annual Procurement Plan for the year 2023 of ISSPOL, published in the Institutional Portal of SERCOP; there is the "PROCUREMENT OF INTERNATIONAL LEGAL FOR THE DEFENSE OF ISSPOL'S INTERESTS AND SPECIFIC SPONSORSHIP FOR THE RECOVERY OF THE AMOUNTS INVESTED AND ITS REPRESENTATION IN LEGAL PROCEEDINGS OF ANY NATURE IN WHICH THE SOCIAL SECURITY INSTITUTE OF THE NATIONAL POLICE IS INVOLVED", to date, Yes it is registered, Attached herewith is a screenshot:

| PURPOSE | "PROCUREMENT OF INTERNATIONAL LEGAL FOR THE DEFENSE OF ISSPOL'S INTERESTS AND SPECIFIC SPONSORSHIP FOR THE RECOVERY OF THE AMOUNTS INVESTED AND ITS REPRESENTATION IN LEGAL PROCEEDINGS OF ANY NATURE IN WHICH THE SOCIAL SECURITY INSTITUTE OF THE NATIONAL POLICE IS INVOLVED" |
|---|---|
| TYPE OF BUDGET: | Current Expense |
| TYPE OF PURCHASE: | Service |
| SCHEDULING PERIOD: | First four-month period |
| PROCEDURE | Special |

| [logo"] PUBLIC PROCUREMENT | | | **Official Public Contracting System** | | [emblem] NATIONAL GOVERNMENT OF THE REPUBLIC OF ECUADOR |
|---|---|---|---|---|---|
| Tuesday, March 14, 2023 15:15 | | TIN: 1768061090001 | **Entity:** NATIONAL POLICE SOCIAL SECURITY INSTITUTE | | User: AVELARDE   Logout |
| | Home | General Information | Consult | Contracting Party | Administration |
| **Breakdown of the Annual Contracting Plan** | | | | | |
| | | | | | Future Certification   New   Help |
| 51 530601 821190011 Service Special NO | Current Expenditure Not Applicable NO | Legal Advisory and Representation Service | Contracting of legal advisory service to defend the interests of the ISSPOL and specific representation to recover the amounts invested and representation thereof in legal proceedings of any kind in which the National Police Social Security Institute intervenes. | 1.00 Unit 1,300,000,000 1,300,000,000 C1 | ✏ ✖ ☒ ⬛ ⬛ |

The Determination of Need Report contained in REPORT 1-OF 2022-136 AJ[-]ISSPOL, dated December 20, 2022, for the "PROCUREMENT OF INTERNATIONAL LEGAL CONSULTANCY SERVICES, SPONSORSHIP, LEGAL REPRESENTATION AND RECOVERY OF CAPITAL AND/OR SECURITIES INVESTED IN FAVOR OF THE ISSPOL ABROAD", duly signed electronically by Ms. Karen Johanna Burgos Mosquera, Legal Counsel of ISSPOL; report of creation of need

| **"From the beginning to the end, there is always someone to protect you."** | | [logo:] ISO 9001 System Certification SGS |
|---|---|---|
| Address: Av. De los Shyris N 39-67 y el Telégrafo | Tel: 022-266-024   022-266-026<br><br>Ext: 0000 | |
| email: juridico@isspol.org.ec | ISO- 9001   P. 5 de 28 | |

[logo]

**SOCIAL SECURITY INSTITUTE
OF THE NATIONAL POLICE**

CODE: RGA005
REVISION: 1
DATE: 01/02/2018

**LEGAL CONSULTANCY SERVICES**

which contemplates the cost efficiency, benefit and effectiveness analyses in accordance with the legal regulations in force.

The Market Study contained in the report dated March 14, 2023, duly prepared with an analysis of the service required, review of similar processes, analysis of quotes, comparative table of quotes and CPC, is attached to the file for the "PROCUREMENT OF INTERNATIONAL LEGAL CONSULTANCY SERVICES, SPONSORSHIP, LEGAL REPRESENTATION AND RECOVERY OF CAPITAL AND/OR SECURITIES INVESTED IN FAVOR OF THE ISSPOL ABROAD," prepared and electronically signed by attorney Karen Johanna Burgos Mosquera, Legal Counsel of the ISSPOL, which concludes a budget of ONE MILLION ONE HUNDRED AND FORTY THOUSAND DOLLARS OF THE UNITED STATES OF AMERICA (USD 1 140,000.00), without VAT.

The physical procurement file contains document No. ISSPOL-AJ-2023-0347-1-OF, dated March 14, 2023, electronically signed by attorney Karen Johanna Burgos Mosquera, ISSPOL Legal Counsel, requesting the Strategic Planning and Quality Management to certify the Annual Operational Plan 2023 for the "PROCUREMENT OF INTERNATIONAL LEGAL CONSULTANCY SERVICES, SPONSORSHIP, LEGAL REPRESENTATION AND RECOVERY OF CAPITAL AND/OR SECURITIES INVESTED IN FAVOR OF THE ISSPOL ABROAD."

By means of Official Letter No. ISSPOL-PEC-2023-0109-I-OF, dated March 14, 2023 the POA Certification for the activity "PROCUREMENT OF INTERNATIONAL LEGAL CONSULTANCY SERVICES, SPONSORSHIP, LEGAL REPRESENTATION AND RECOVERY OF CAPITAL AND/OR SECURITIES INVESTED IN FAVOR OF THE ISSPOL ABROAD," duly signed by Mr. Ernesto Lenin Rosero Solís, Head of Strategic Planning and Quality of the ISSPOL.

With official letter No. ISSPOL-AJ-2023-0355-1-OF dated March 15, 2023, electronically signed by attorney Karen Johanna Burgos Mosquera, Legal Counsel of the ISSPOL, requested the ISSPOL Economic and Financial Directorate to issue the budget certification for the "PROCUREMENT OF INTERNATIONAL LEGAL CONSULTANCY SERVICES, SPONSORSHIP, LEGAL REPRESENTATION AND RECOVERY OF CAPITAL AND/OR SECURITIES INVESTED IN FAVOR OF THE ISSPOL ABROAD."

By means of Official Letter No. ISSPOL-DEF-2023-0444-1-OF, dated March 15, 2023, electronically signed by the ISSPOL Economic and Financial Directorate, the budget certification No. CeP-000024-23 dated March 15, 2023 was issued;

The Terms of Reference, contained in Official Letter No. ISSPOL-AJ-2023-0383-10F, dated March 16, 2023, for the "PROCUREMENT OF INTERNATIONAL LEGAL CONSULTANCY SERVICES, SPONSORSHIP, LEGAL REPRESENTATION AND RECOVERY OF CAPITAL AND/OR SECURITIES INVESTED IN FAVOR OF THE ISSPOL ABROAD"; were prepared and electronically signed by Karen Johanna Burgos Mosquera, ISSPOL's Legal Counsel, and are included in the file.

| **"From the beginning to the end, there is always someone to protect you."** | | [logo:] ISO 9001 System Certification SGS |
|---|---|---|
| Address: Av. De los Shyris N 39-67 y el Telégrafo | Tel: 022-266-024   022-266-026  Ext: 0000 | |
| email: juridico@isspol.org.ec | ISO- 9001   P. 6 de 28 | |

| [Emblem] | **NATIONAL POLICE SOCIAL SECURITY INSTITUTE** | CODE:         RC–A005<br>REVISION: 1<br>DATE:<br>02/01/2018 |
|---|---|---|

| **LEGAL COUNSELING** |
|---|

By means of Official Letter No.  ISSPOL-AJ-2023-0383-I-OF dated March 16, 2023, duly  electronically signed by attorney-at-law Karen Johanna Burgos Mosquera, ISSPOL's Legal Counsel, the Technical Report amending the PAC ISSPOL 2023 was sent, which was amended by the Administrative Bureau by means of RESOLUTION No.  DAD-CP-010-2023 dated March 1, 2023, as follows:

| EXPENDITURE TYPE | Requiring department | Contract Purpose | CPC Code | Budgetary item | Amount net of VAT (USD | Type of contracting procedure | Type of purchase | Fiscal Year |
|---|---|---|---|---|---|---|---|---|
| CURRENT | LEGAL COUNSELING | CONTRACTING THE SERVICE OF INTERNATIONAL LEGAL ADVICE, LEGAL COUNSELING, JUDICIAL REPRESENTATION AND RECOVERY OF CAPITAL AND/OR SECURITIES INVESTED IN FAVOR OF ISSPOL ABROAD". | 82119 | 530601 | USD<br><br>1 140000.00: | Special | Services | 2023 |

By Memorandum No. ISSPOL-DG-2023-2025-I-ME dated March 16, 2023, the Director General of ISSPOL authorized the initiation of the contracting for the "CONTRACTING OF INTERNATIONAL LEGAL ADVISORY, LEGAL COUNSEL, JUDICIAL REPRESENTATION AND RECOVERY OF CAPITAL AND/OR SECURITIES INVESTED IN FAVOR OF ISSPOL ABROAD".

RESOLUTION No. DG-CP-011-2023 dated March 16, 2023, subscribed by the Director General resolved as follows:

"*Article 1: "TO APPROVE the bidding documents, the schedule, and consequently authorize the initiation of the foreign contracting procedure with code No. PE-ISSPOL-01-2023, the purpose of which is the "CONTRACTING OF THE SERVICE OF INTERNATIONAL LEGAL ADVICE, LEGAL COUNSELING, JUDICIAL REPRESENTATION AND RECOVERY OF CAPITAL AND/OR SECURITIES INVESTED IN FAVOR OF ISSPOL ABROAD", to be completed within a term of 2 years as from the subscription of the contract; and a budget of USD 1,140,000.00 (ONE MILLION ONE HUNDRED AND FORTY THOUSAND UNITED STATES DOLLARS 00/100 CENTS) excluding VAT". (...)*

*Article 4.- TO CREATE the Review Committee and notify it, to manage the entire pre-contractual stage up to the award recommendation within the overseas contracting procedure with code No. PE-ISSPOL-01-2023, the purpose of which is the "CONTRACTING OF THE SERVICE OF  INTERNATIONAL LEGAL ADVICE, LEGAL COUNSELING, JUDICIAL REPRESENTATION AND RECOVERY OF CAPITAL AND/OR SECURITIES INVESTED ABROAD FOR THE BENEFIT OF ISSPOL ", which shall be composed of:*

| **"From start to finish, there is always someone to protect you."** | | | |
|---|---|---|---|
| Address: Av. De los Shyris N 39-67 and El Telégrafo | Tel. 022-266-024 Ext. 0000 | 022-266-036 | [Logo] |
| Email: juridico@isspol.org.ec | ISO-9001 | Page 7 of 28 | |

| [Emblem] | **NATIONAL POLICE SOCIAL SECURITY INSTITUTE** | CODE:      RC–A005<br>REVISION: 1<br>DATE:<br>02/01/2018 |
|---|---|---|

| **LEGAL COUNSELING** |
|---|

INTERNATIONAL LEGAL ADVICE, SPONSORSHIP, JUDICIAL REPRESENTATION AND RECOVERY OF CAPITAL AND/OR SECURITIES INVESTED IN FAVOR OF ISSPOL ABROAD", as follows:

1. The Economist Mr. Jorge Guillermo Vélez Medranda, who will preside over it, holder of identity card 1309880316.
2. The attorney-at-law Mr. Paul Andrés Vaca Chacón, and Legal Analyst of ISSPOL, Delegate of the Head of the requesting department, holder of identity card 1003932967.
3. The attorney-at-law Carlos Aurelio Zaquinaula Iñahuazo, Legal Analyst, Related Technician, holder of identity card 1900465756.
4. The supplier Mauricio Alejandro Torres Arteaga, Secretary, holder of identity card 1717991697."

Memorandum No. ISSPOL-DAD-2023-0704-I-ME dated March 19, 2023, sent by the Administrative Bureau, which in its core part reads as follows:  "(..) *Please receive  our best regards, in response to Memorandum No. ISSPOL-DG-2023-2083-I-ME, electronically signed by the Director General of ISSPOL, in reference to Official Letter No. ISSPOL-DEF-IN-2023-0169-I-OF dated March 16, 2023 electronically signed by the Head of Investments of ISSPOL, stated as follows: "(....) As Chairman of the Review Committee of the process, I hereby submit to you the Minutes No. 01 MINUTES OF ACKNOWLEDGMENT OF THE PREPARATORY STAGE AND PREPARATION OF THE TERMS AND CONDITIONS FOR THE FOREIGN CONTRACTING PROCESS No. PE-ISSPOL-01-2023, THE PURPOSE OF WHICH IS THE "CONTRACTING OF INTERNATIONAL LEGAL ADVISORY SERVICES, LEGAL COUNSELING, JUDICIAL REPRESENTATION, AND RECOVERY OF CAPITAL AND/OR SECURITIES INVESTED IN FAVOR OF ISSPOL ABROAD"; whereby the Review Committee resolved as follows: "... To forward these Minutes and the developed Bidding Documents to the General Directorate of the Institute in order for the Public Procurement Management to publish in the Public Procurement portal the bidding documents of the OVERSEAS CONTRACTING PROCESS N° PE-ISSPOL-01-2023, THE PURPOSE OF WHICH IS THE "CONTRACTING OF INTERNATIONAL LEGAL ADVISORY SERVICES, LEGAL COUNSELING, JUDICIAL REPRESENTATION, AND RECOVERY OF CAPITAL AND/OR SECURITIES INVESTED IN FAVOR OF ISSPOL ABROAD (...)"; Based on the aforementioned background, I hereby submit to you the aforementioned Minutes and the bidding documents for the contracting process prepared by the Committee, so that your authorizing officer may authorize and send them to the ISSPOL's Administrative Bureau, and instruct the Public Procurement Management to publish the bidding documents on the Public Procurement portal (...)".*

By means of Official Letter No. ISSPOL-DEF-IN-2023-0188-I-OF dated March 20, 2023, the Technical Committee sent the MINUTES No. 02 MINUTES OF QUESTIONS, RESPONSES AND CLARIFICATIONS FOR THE FOREIGN CONTRACTING PROCESS No. PE-ISSPOL-01-2023, THE PURPOSE OF WHICH IS THE "CONTRACTING OF INTERNATIONAL LEGAL ADVISORY SERVICES, LEGAL COUNSELING, JUDICIAL REPRESENTATION, AND CAPITAL RECOVERY AND/OR SECURITIES INVESTED IN FAVOR OF ISSPOL ABROAD" which in its pertinent part stated as follows: "*According to the schedule established in the bidding documents of the aforementioned process, I am pleased to send you the minutes No. 02 MINUTES OF QUESTIONS, RESPONSES AND CLARIFICATIONS FOR THE FOREIGN CONTRACTING PROCESS No. PE-ISSPOL-01-2023, THE PURPOSE OF WHICH IS THE "CONTRACTING OF INTERNATIONAL LEGAL ADVISORY SERVICES, LEGAL COUNSELING, JUDICIAL REPRESENTATION, AND CAPITAL RECOVERY AND/OR SECURITIES INVESTED IN FAVOR OF ISSPOL ABROAD"; in which the Process Review Committee resolved as follows: " .... To cause Mauricio Torres Arteaga, Secretary of the Committee, to give notice of these Minutes to the Attorney-at-law Andrea Velarde Cartagenova, Head of Public Procurement of ISSPOL, so that she may send the answers to the clarifications requested by the bidder.(…)*", and also stated:  "*Likewise, I would like to inform you that*

| **"From start to finish, there is always someone to protect you."** | | [Logo] |
|---|---|---|
| Address: Av. de los Shyris N 39-67 and El Telégrafo | Tel. 022-266-024 Ext. 0000 | 022-266-036 |
| Email: juridico@isspol.org.ec | ISO-9001 | Page 8 of 28 |

| [Emblem] | **NATIONAL POLICE SOCIAL SECURITY INSTITUTE** | CODE:       RC–A005<br>REVISION: 1<br>DATE:<br>02/01/2018 |
| --- | --- | --- |

| **LEGAL COUNSELING** |
| --- |

*by an email dated March 20, 2023, the minutes were sent to the supplier, proof of which is attached to the aforementioned email.*"

Official Letter No. ISSPOL-DEF-IN-2023-0193-I-OF dated March 22, 2023, sent by the Chairman of the Committee, the Economist Jorge Guillermo Velez Medranda, HEAD OF INVESTMENTS ISSPOL, stated as follows: "*According to the schedule established in the bidding documents of the aforementioned process, I am pleased to send you the minutes No. 03 MINUTES OF RECEIPT AND OPENING OF BIDS FOR THE FOREIGN CONTRACTING PROCESS No. PE-ISSPOL-01-2023, THE PURPOSE OF WHICH IS THE "CONTRACTING OF INTERNATIONAL LEGAL ADVISORY SERVICES, LEGAL COUNSELING, JUDICIAL REPRESENTATION, AND RECOVERY OF CAPITAL AND/OR INVESTMENTS ON BEHALF OF ISSPOL ABROAD*"; in which the Process Review Committee resolved as follows: "*... To request the Public Procurement Management of ISSPOL, to notify the opening of the bid through the Public Procurement portal, in order to comply with the schedule established in this process and continue with the next stage of the pre-contractual procedure.(...)*" and it also stated: "*Based on the above-mentioned background, I hereby request you to notify the opening of the bid through the Public Procurement portal in order to comply with the schedule established in this process and continue with the next stage of the pre-contractual procedure*".

Official Letter No. ISSPOL-DEF-IN-2023-0199-I-OF dated March 23, 2023, sent by the President of the Committee, the Economist Jorge Guillermo Velez Medranda, HEAD OF INVESTMENTS ISSPOL, to the Director General of ISSPOL, stated as follows: "*According to the schedule established in the bidding documents of the aforementioned process, I am pleased to send you the minutes No. No. 04 MINUTES OF EVALUATION, REQUEST FOR VALIDATION AND QUALIFICATION OF THE FOREIGN CONTRACTING PROCESS No. PE-ISSPOL- 012023, THE PURPOSE OF WHICH IS THE "CONTRACTING OF INTERNATIONAL LEGAL ADVISORY SERVICES, LEGAL COUNSELING, JUDICIAL REPRESENTATION, AND RECOVERY OF CAPITAL AND/OR SECURITIES INVESTED IN FAVOR OF ISSPOL ABROAD*"; whereby the Review Committee resolved as follows: "*...*"*To GIVE NOTICE TO the Director General of the contents of these minutes and, based on the technical, financial, and legal review of the bid submitted by the bidder, and on the fact that it complies with the requirements established in the specifications and is beneficial to the institutional interests; as well as to RECOMMEND that the Director General ACCEPT the content of this document and AWARD the contract to the bidder Promesa de Consorcio Expertise Abogados Cia. Ltda. – Gideon Fisher & Co., who must present the enabling documentation for the execution of the respective contract within the specified time frame (...)*", and it further stated: "*Based on the above-mentioned background, I hereby send and give notice to your authorizing officer of the contents of Minutes No. 04 of the above-mentioned public contracting process; and award the FOREIGN CONTRACTING PROCESS N° PE-ISSPOL-01-2023, THE PURPOSE OF WHICH IS THE "CONTRACTING OF THE SERVICE OF INTERNATIONAL LEGAL ADVISORY, LEGAL COUNSELING, JUDICIAL REPRESENTATION AND RECOVERY OF CAPITAL AND/OR SECURITIES INVESTED IN FAVOR OF ISSPOL ABROAD" to the bidder Promesa de Consorcio Expertise Abogados Cia. Ltda. - Gideon Fisher & Co. Formed by EXPERTISEADVISOR ABOGADOS CIA. LTDA. with Tax ID No. 1792356709001 and G.D. FISHER with Identification No. 513253161*";

Memorandum No. ISSPOL-DG-2023-2289-I-ME dated March 26, 2023, signed by the Director General of ISSPOL, stated as follows: "*Please receive our best regards together with the Official Letter No. ISSPOL-DEF-IN-2023-0199-I-O, dated March 24, 2023, signed by the Head of Investments,*

| **"From start to finish, there is always someone to protect you."** | | | |
| --- | --- | --- | --- |
| Address: Av. De los Shyris N 39-67 and El Telégrafo | Tel. 022-266-024 Ext. 0000 | 022-266-036 | [Logo] |
| Email: juridico@isspol.org.ec | ISO-9001 | Page 9 of 28 | |

| [Emblem] | **NATIONAL POLICE SOCIAL SECURITY INSTITUTE** | CODE:     RC–A005<br>REVISION: 1<br>DATE: 02/01/2018 |
|---|---|---|

| **LEGAL COUNSELING** |
|---|

*which attaches Minutes No. 04, and it further stated that, "(...) the review committee resolves as follows: "...to GIVE NOTICE TO the Director General of the contents of these minutes and, based on the technical, financial, and legal review of the bid submitted by the bidder, and on the fact that it complies with the requirements established in the specifications and is beneficial to the institutional interests; as well as to RECOMMEND that the Director General ACCEPT the content of this document and AWARD the contract to the bidder Promesa de Consorcio Expertise Abogados Cía. Ltda. – Gideon Fisher & Co., who must present the enabling documentation for the execution of the respective contract within the specified time frame .(...)", and it further stated: "Based on this background and within the scope of your jurisdiction and responsibilities, please carry out the preliminary review. For this reason, the undersigned approves the request and continue with the corresponding procedure and award the FOREIGN CONTRACTING process No. PE-ISSPOL-01-2023, THE PURPOSE OF WHICH IS THE "PROVISION OF INTERNATIONAL LEGAL ADVICE, LEGAL COUNSELING, JUDICIAL REPRESENTATION, AND RECOVERY OF CAPITAL AND/OR SECURITIES INVESTED IN FAVOR OF ISSPOL ABROAD to the bidder Promesa de Consorcio Expertise Abogados Cía. LTDA. - Gideon Fisher & Co. formed by EXPERTISEADVISOR ABOGADOS CIA. LTDA. with Tax ID No. 1792356709001 and G.D. FISHER with Identification No. 513253161".*

In international disputes where foreign law is applicable law, the joint participation of national and international lawyers would contribute to a technical, agile, and effective defense, achieving greater efficiency and consequent reduction in costs for ISSPOL.

For ISSPOL it represents an imperative institutional need to rely upon the service of international advice and legal counseling for the institution, which is legally and technically justified in the Need Determination Report I-OF-2022-136-AJ-ISSPOL of December 20, 2022 through which it is clear that ISSPOL lacks, among its human talent, lawyers qualified to litigate outside Ecuador and that there are proceeding brought abroad, the defense of which CANNOT be pending, such processes are the following:

| Targets | Proceedings | Country | Details of confiscated or frozen assets |
|---|---|---|---|
| John Luzuriaga Aguinaga | Conspiracy to commit money laundering | US | |
| Jorge Chérrez Miño | Conspiracy to commit money laundering | US | The US courts confiscated several of his assets worth approximately $125,000,000.00. |
| Luis Álvarez Villamar | Conspiracy to commit money laundering | US | |
| Citibank New York | | US | This bank unilaterally froze $40,000,000.00 linked to one of Jorge Chérrez Miño's companies. |

| **"From start to finish, there is always someone to protect you."** | | | |
|---|---|---|---|
| Address: Av. De los Shyris N 39-67 and El Telégrafo | Tel. 022-266-024 Ext. 0000 | 022-266-036 | [Logo] |
| Email: juridico@isspol.org.ec | ISO-9001 | Page 10 of 28 | |

| [Emblem] | **NATIONAL POLICE SOCIAL SECURITY INSTITUTE** | CODE:      RC–A005 REVISION: 1 | |
|---|---|---|---|
| | | DATE: 02/01/2018 | |

| **LEGAL COUNSELING** |
|---|

Through RESOLUTION No. DG-CP-012-2023 dated March 28, 2023 the Director General of ISSPOL awarded the bid to Promesa de Consorcio Expertise Abogados Cía. Ltda. - Gideon Fisher & Co. formed by EXPERTISEADVISOR ABOGADOS CIA. LTDA. with Tax ID No. 1792356709001 and G.D. FISHER with Tax ID No. 513253161.

The Deputy Attorney General of the State by means of Official Letter No. 01628 dated April 5, 2023, authorized ISSPOL to agree to international arbitration, and stated that:

*"In accordance with the analysis made and by virtue of the provisions set forth in the legal rules mentioned in the second paragraph of this official letter, in particular Article 190 of the Constitution of the Republic of Ecuador; Articles 4, 41 and 42 of the Arbitration and Mediation Law, and Article 11 of the Organic Law of the Attorney General's Office, the National Police Social Security Institute is authorized to agree to international arbitration in the contract to be subscribed with the Legal Consortium Gideon Fisher & Co. and Expertise".*

**SECTION THREE: DOCUMENTS OF THE CONTRACT**

The following documents shall become part of this Contract:

a)      The terms of reference of the contracting process.
b)      The specifications including the terms of reference corresponding to the contracted service.
c)      The bid submitted by THE CONTRACTOR, together with all the documents that comprise it.
d)      The budgetary certification No. CeP-000024-23 dated March 15, 2023, electronically signed by the Economic and Financial Director and the Budget Chief, who certify the existence of the budget item and the necessary resources.
e)      The Resolution ordering the initiation of the Procedure No.  DG-CP-011-2023, March 16, 2023, electronically signed by the Director General of ISSPOL, resolves to approve the bidding documents, the schedule, and consequently authorize the initiation of the contracting procedure under Code No. PE-ISSPOL-01- 2023.
f)      RESOLUTION No.  DG-CP-012-2023 dated March 28, 2023 electronically signed by the Director General of ISSPOL
g)      Official Communication No. 01628 dated April 5, 2023, signed by the Deputy Attorney General of the State.
h)      The documents evidencing the capacity of the parties and their capacity to enter into the contract.

**SECTION FOUR. PURPOSES OF THE CONTRACT**

The purpose of this contract is to engage an international law firm to identify, locate, and secure the return to ISSPOL of

| **"From start to finish, there is always someone to protect you."** | | | |
|---|---|---|---|
| Address: Av. De los Shyris N 39-67 and El Telégrafo | Tel. 022-266-024 Ext. 0000 | 022-266-036 | [Logo] |
| Email: juridico@isspol.org.ec | ISO-9001 | Page 11 of 28 | |

| [Emblem] | **NATIONAL POLICE SOCIAL SECURITY INSTITUTE** | CODE:       RC–A005 REVISION: 1 | |
|---|---|---|---|
| | | DATE: 02/01/2018 | |

| **LEGAL COUNSELING** |
|---|

all resources, capital, and/or securities located abroad that legitimately belong to the Institution and that were misappropriated in several transactions to the detriment of its assets.

In order to carry out this task, the CONTRACTOR shall comply with the following requirements, in accordance with the nature of the task to be performed:

• Relying upon specialized external sponsors who will defend ISSPOL abroad, to bring the necessary legal or extrajudicial actions to recover resources, capital, and/or funds belonging to ISSPOL scattered across multiple jurisdictions in different countries.

• Relying upon a foreign legal counseling to bring proceedings against all defendants, conspirators, and/or third parties who have facilitated the misappropriation of funds through corrupt practices, whether through litigation, arbitration, or mediation.

• Relying upon qualified lawyers in all necessary jurisdictions around the world to represent ISSPOL's interests before any bodies, for the purpose of returning the funds and/or capital belonging to ISSPOL to its ownership and control, i.e., their effective recovery.

• Relying upon international legal advice, with the highest standards required by this service, in accordance with international best practices, with integrity and responsibility, always safeguarding the interests of ISSPOL.

• Having access to the best options for advice, support, investigation, and representation in the legal field, for the fulfillment of the purpose of this contract.

• Requesting the relevant reliefs for the crimes committed, on behalf of ISSPOL, from the respective US Federal Court and/or the US Department of Justice, or its agencies, as well as any jurisdiction or country.

• Confirming ISSPOL's status as a victim in criminal cases being pursued by the United States. Likewise, in possible civil proceedings for the confiscation of assets, for the purpose of recovering assets frozen or recovered by the US Department of Justice or in any jurisdiction or country.

• The scope of representation includes the recovery of capital and/or securities that are frozen by the US courts, City Bank [sic], and any other institution or individuals or corporations, as well as the tracing, location, recovery, and repatriation of currently hidden capital and/or securities.

• Generating institutional defense strategies in favor of ISSPOL, with a view to recovering the resources that were misappropriated to the detriment of its assets and that are located abroad.

| **"From start to finish, there is always someone to protect you."** | | | [Logo] | |
|---|---|---|---|---|
| Address: Av. De los Shyris N 39-67 and El Telégrafo | Tel. 022-266-024 Ext. 0000 | 022-266-036 | | |
| Email: juridico@isspol.org.ec | ISO-9001 | Page 12 of 28 | | |

| [Emblem] | **NATIONAL POLICE SOCIAL SECURITY INSTITUTE** | CODE:       RC–A005 REVISION: 1 | |
| | | DATE: 02/01/2018 | |

| **LEGAL COUNSELING** |
|---|

• Determining the nature of the actions that ISSPOL should take to recover its resources, strictly considering the measures that are useful and necessary for that purpose.

• Engaging an international law firm to work in coordination with ISSPOL, providing its expertise in this area to help ISSPOL maximize the recovery of its resources, capital, and/or funds that have been misappropriated.

• Having a strategy for recovering funds and/or capital, involving the implementation of mechanisms to prevent the dissipation of assets, including, as appropriate, obtaining precautionary or protective measures applicable worldwide.

• That ISSPOL has at its disposal legal strategy reports that provide a factual and legal overview of the different cases and action plans to be implemented.

• The evidence obtained will be verified in order to identify the location of assets in other jurisdictions originating from ISSPOL funds.

• Relying upon an international law firm with extensive experience and a global platform that enables a coordinated, multi-jurisdictional strategy to maximize the chances of success and recovery of funds and/or capital located abroad.

• Obtaining, through its management, judgments or decisions rendered by any kind of foreign competent authorities in favor of ISSPOL, imposing the appropriate sanctions on those responsible for the acts that affected ISSPOL's resources.

• Relying upon the participation of an international law firm at work meetings required by the Contract Administrator in order to report on the status and progress of the implemented actions.

**SECTION FIVE. METHODOLOGY AND PRODUCTS OF THE CONTRACT METHODOLOGY**

**STAGE 1:  RESEARCH AND ANALYSIS**

• The international law firm will begin the investigation and analysis process, which will involve a comprehensive and exhaustive evaluation to determine the modus operandi of the transactions carried out against ISSPOL funds, in order to trace the money trail and locate either the direct or indirect persons involved and/or ISSPOL assets.

| **"From start to finish, there is always someone to protect you."** | | | [Logo] |
|---|---|---|---|
| Address: Av. De los Shyris N 39-67 and El Telégrafo | Tel. 022-266-024 Ext. 0000 | 022-266-036 | |
| Email: juridico@isspol.org.ec | ISO-9001 | Page 13 of 28 | |

| [Emblem] | **NATIONAL POLICE SOCIAL SECURITY INSTITUTE** | CODE: RC–A005 REVISION: 1 | |
| | | DATE: 02/01/2018 | |

| **LEGAL COUNSELING** |
| --- |

•    The international law firm shall establish, through the study of each case, the most effective strategy, as well as the actions to be taken within the investigations and the respective proceedings that are to be brought, and shall also identify the need for these to be carried out in different jurisdictions at the same time.

•    Conducting an investigation to determine the destination of the funds and identify any hidden resources or assets. A report will then be prepared to be used by ISSPOL in domestic or international cases.

•    Analyzing information obtained from public and private records, including corporate records, in order to locate several assets diverted or acquired by those involved as a result of their fraudulent activities.

•    Identifying priority or high-value assets.

•    Weighing up the findings with ISSPOL and carrying out a legal assessment to identify the legal mechanisms available to achieve the purposes of this contract.

•    Designing the legal strategy, which, through a roadmap and action plan, will maximize the results in terms of recovering capital and/or securities in favor of ISSPOL.

•    Describing the location and amounts of the capital and/or securities identified, identifying the steps necessary to successfully recover the assets located, for which purpose a duly structured strategy on the assets located must be presented, and the aforementioned report must contain each of the above-mentioned items, evidencing the carried-out work.

•    Should any securities or assets be detected, the legal strategy shall be immediately implemented to recover the resources owned by ISSPOL.

**STAGE 2: IMPLEMENTATION OF THE DESIGNED STRATEGIES**

a)    The international law firm hired shall appear before the competent authorities on behalf of the Director General of ISSPOL, who shall in turn exercise the legal representation of the Institute, during all necessary proceedings and shall act, either by filing pleadings or through his personally appearance, either by himself or through the work team and/or authorized lawyers in the different jurisdictions, before the relevant authorities.

| **"From start to finish, there is always someone to protect you."** | | | |
| --- | --- | --- | --- |
| Address: Av. De los Shyris N 39-67 and El Telégrafo | Tel. 022-266-024 Ext. 0000 | 022-266-036 | [Logo] |
| Email: juridico@isspol.org.ec | ISO-9001 | Page 14 of 28 | |

| [Emblem] | **NATIONAL POLICE SOCIAL SECURITY INSTITUTE** | CODE:        RC–A005<br>REVISION: 1 | |
| | | DATE:<br>02/01/2018 | |

| **LEGAL COUNSELING** |
| --- |

b)      Intervening in any proceedings under their responsibility, with due diligence, professional ethics, and efficiency, so that all actions under their responsibility tend to be favorable to ISSPOL.

c)      Initiating judicial, extrajudicial, and/or mediation proceedings in the jurisdictions or countries necessary to recover capital and/or securities in favor of ISSPOL.

d)      Entering appearances and litigating in actions that have been brought in court on behalf of ISSPOL, which shall include: allegations, filing pleadings, attending hearings, discovery, and judicial and extrajudicial representation.

e)      Preventing the dissipation of assets through the implementation of precautionary or protective measures applicable worldwide , orders for disclosure of information, insolvency proceedings, or any other similar measures.

f)      Acting with all legal measures in defense of ISSPOL's interests within the framework of the various legal systems required, and relying upon the strategic contacts, facilities, and logistics necessary to carry out its activities in any jurisdiction where capital and/or securities belonging to ISSPOL are located.

g)      Returning the capital and/or securities to ISSPOL's accounts.

h)      The hired international law firm shall, by means of an executive report, inform ISSPOL about the actions carried out in the different instances of the judicial, extrajudicial, arbitration or any other type of proceedings in which it acts as plaintiff for the recovery of its assets.

i)      As part of the methodology for the execution of the service, a monthly report is to be submitted on the first 10 days of each month, which will be explained at a monthly meeting with the Contract Manager, in order to keep the Institute's authorities fully informed of the execution, progress and results of the contracted service. From such meetings, the contractor shall draft and deliver the respective minutes stating therein the date of the meeting, the attendees, the agenda discussed and/or items or matters agreed upon.

**PRODUCTS OF THE CONTRACTING**

**STAGE 1.- RESEARCH AND ANALYSIS**

| **"From start to finish, there is always someone to protect you."** | | | |
| --- | --- | --- | --- |
| Address: Av. De los Shyris N 39-67 and El Telégrafo | Tel. 022-266-024 Ext. 0000 | 022-266-036 | [Logo] |
| Email: juridico@isspol.org.ec | ISO-9001 | Page 15 of 28 | |

| [emblem] | NATIONAL POLICE<br>SOCIAL SECURITY INSTITUTE | CODE: RGA005<br>REVISION: 1<br>DATE: 01/02/2018 |
|---|---|---|

## LEGAL ADVICE

- PRODUCT 1: Fifteen days after signing the contract, a report shall de submitted explaining the proposed methodology of the work to be performed, focused on research and analysis with the purpose of finding resources and/or assets that will enable ISSPOL resources to be recovered. Said report shall include all variables that are technically applicable depending on the nature of the actions taken.

In the event that there are assets which have already been detected, the product shall report on the actions to be taken to recover said resources. As a requirement for the delivery of this and the other products, the methodology mentioned in this document shall be taken into account.

- PRODUCT 2: The second report shall be submitted 100 days after signing the contract. Said report shall include a description of the location and the amounts of capital and/or assets identified, as well as identifying the possible steps that will need to be taken to successfully recover the located assets. In the same way, said report shall contain all the aforementioned points giving evidence of the work performed, in order to achieve an effective recovery of capital and/or assets for ISSPOL. For example: visit different institutions, accompany and advise ISSPOL officials concerning all relevant aspects, in the event they need to appear in person, make requests of any public or private entity for the relevant steps to be taken, among other things.

- As regards any operation located, in respect of which a recovery process is to be initiated, either through the courts or otherwise (negotiations or mediation), or by means of any other legal channel established by law, the contractor shall request authorization from the Director General of the ISSPOL or the contract administrator, who, in the event there is an established requirement, shall reply to the CONTRACTOR within one business day. If there is no reply within said period, the authorization will be understood to be given.

STAGE 2 – EXECUTION OF DESIGNED STRATEGIES

a) PRODUCT 3: In this stage, within 1800 days of the signing of the contract, the international law firm shall submit a report explaining the steps to be taken to successfully recover the located assets, which should include a duly structured strategy concerning the located assets, as well as a road map and action plan.

Furthermore, said report shall be based on a legal analysis of each process or strategy that should be implemented in order to achieve the objective. The plan shall identify the proposal of the consortium hired as regards the judicial or out-of-court process to be followed, and shall also include a schedule of the actions to be implemented, identify the expertise that may be needed and include the preparation of the documents that the legal representative will need to sign in order to initiate the actions and all the relevant steps needed for execution of the planned strategy.

| **"From the beginning to the end, there is always someone who will protect you."** | | [logo:]<br>SYSTEM CERTIFICATION ISO 9001 |
|---|---|---|
| Address: Av. De los Shyris Nos. 39-67 y el Telégrafo | Tel: 022-266-024      022-266-026<br><br>Ext: 0000 | |
| Email: juridico@isspol.org.ec | ISO 9001           Page 16 of 28 | **SGS** |

| [emblem] | NATIONAL POLICE<br>SOCIAL SECURITY INSTITUTE | CODE: RGA005<br>REVISION: 1<br>DATE: 01/02/2018 |
|---|---|---|

## LEGAL ADVICE

Furthermore, said report shall contain all the points mentioned previously giving evidence of the work carried out, in order to achieve an effective recovery of capital and/or assets in favor of ISSPOL. For example: visit different institutions, accompany and advise ISSPOL officials concerning all relevant aspects, in the event they need to appear in person, make requests of any public or private entity for the relevant steps to be taken, among other things.

In the event that an out-of-court process is initiated, a report shall be issued explaining the activities and actions taken in order to recover of capital and/or assets in favor of ISSPOL.

The aforementioned report shall also include the capital and/or assets which, up to the signing of the contract, remained hidden, and which, with the help of the international law firm, have been found.

As regards any operation located, in respect of which a recovery process is to be initiated, either through the courts or otherwise (negotiations or mediation), or by means of any other legal channel established by law, the contractor shall request authorization from the Director General of the ISSPOL or the contract administrator, who, in the event there is an established requirement, shall reply to the CONTRACTOR within one business day. If there is no reply within said period, the authorization will be understood to be given.

**MONTHLY REPORTS**

In order to keep abreast of these actions, monthly reports shall also be submitted giving evidence of the steps taken concerning the recovery of capital and assets abroad in favor of ISSPOL. Said reports shall be submitted within the first ten days of every month to the contract administrator, and also, any other report requested by the contract administrator shall be submitted by the contractor. The first report shall be submitted by May 10, 2023. These reports shall be submitted along with all the supporting documents and in accordance with the format indicated in the clause, FORM OF PAYMENT, as follows:

- Reports shall be submitted in Spanish or English with the corresponding translation into Spanish, where necessary, and shall be signed electronically.

- Report submitted by the contractor shall contain the following details:
  background, operating conditions and progress, financial settlement, installment payment, and acknowledgement of service, where applicable.

- Reports shall be submitted by the specified date. A fine shall be imposed for unjustified delays.

- The conditions and the methodology for the step in question must be complied with.

| "From the beginning to the end, there is always someone who will protect you." | | | [logo:]<br>SYSTEM<br>CERTIFICATION<br>ISO 9001 |
|---|---|---|---|
| Address: Av. De los Shyris Nos. 39-67 y el Telégrafo | Tel: 022-266-024      022-266-026<br><br>Ext: 0000 | | |
| Email: juridico@isspol.org.ec | ISO 9001            Page 17 of 28 | | **SGS** |

| [emblem] | NATIONAL POLICE<br>SOCIAL SECURITY INSTITUTE | CODE: RGA005<br>REVISION: 1<br>DATE: 01/02/2018 |
|---|---|---|

## LEGAL ADVICE

- Recovery reports shall contain details of all the activities performed in order to recover the assets in favor of ISSPOL. To this end, all supporting documents shall be attached, either the originals or certified copies.

- Once the documentation has been approve by the Contract Administrator, the contractor shall submit the service invoice and the corresponding payment process will be initiated.

**SIXTH CLAUSE – CONTRACT PRICE**

The applicable budget for the payment of the FIXED FEES under this contracting process amounts to US $1,140,000.00 (ONE MILLION, ONE HUNDRED FORTY THOUSAND UNITED STATES DOLLARS AND ZERO CENTS), not including VAT.

In the event that the contractor manages to recover the assets that have been located (as set out in the details of the second clause of this instrument), as well as any investment or resources located abroad, which have been a matter of public knowledge as well as known to ISSPOL, in the United States, as a result of out-of-court settlements, last resort court proceedings, administrative proceedings, arbitration, or any other process, which are duly verified by the contractor, a VARIABLE FEE will also be paid to the contractor amounting to SEVEN PER CENT (7%), not including VAT, of the value of the asset successfully recovered.

In the event of a recovery of assets which had not been located, or which have not been a matter of public knowledge or known to ISSPOL, which are in the United States or any other part of the world, and these assets are located and recovered as a result of out-of-court settlements, last resort court proceedings, administrative proceedings, arbitration, or any other process, which are duly verified by the contractor, a VARIABLE FEE will also be paid to the contractor amounting to EIGHT PER CENT (7%), not including VAT, of the value of the asset successfully recovered.

In order to receive payment of his/her fees, the contractor shall issue an invoice once the contract administrator has received, to his/her complete satisfaction, the products and services expected, as well as the corresponding recovery report detailing the activities performed, along with the supporting documentation that verify the respective recovery of the assets in favor of ISSPOL.

**SEVENTH CLAUSE – FORM OF PAYMENT**

For payment of the FIXED FEE, the products and the reports shall be delivered by the very day of the deadline, irrespective of whether it is a holiday or weekend, and they shall be sent in digital format with their respective electronic signature to the institutional email address of the contract administrator or via Quipux.

| PAYMENT CONDITIONS | | | | |
|---|---|---|---|---|
| ITEM | PRODUCT | DELIVERY DATE | VALUE | PAYMENT REQUIREMENT |

| "From the beginning to the end, there is always someone who will protect you." | | [logo:]<br>SYSTEM CERTIFICATION<br>ISO 9001 |
|---|---|---|
| Address: Av. De los Shyris Nos. 39-67 y el Telégrafo | Tel: 022-266-024      022-266-026<br><br>Ext: 0000 | |
| Email: juridico@isspol.org.ec | ISO 9001           Page 18 of 28 | **SGS** |

| [emblem/seal] | NATIONAL POLICE SOCIAL SECURITY INSTITUTE | CODE: RG/005 REVISION: 1 DATE: 01/02/2018 |
|---|---|---|

JUDICIAL INVESTIGATION

| PHASE 1 | Product 1 | 15 days | 540,000 | Delivery of product |
|---|---|---|---|---|
| PHASE 2 | Product 2 | 100 days | 300,000 | Delivery of product |
| PHASE 3 | Product 3 | 180 days | 300,000 | Delivery of product |
| | | TOTAL | 1,140,000.00 | |

\* The amounts indicated above do not include VAT.

THE CONTRACTOR is a consortium established abroad which will provision services to ISSPOL [Instituto de Seguridad Social de la Policía Nacional (National Police Social Security Institute)] outside of Ecuadorian territory. Therefore, its invoices which are issued outside of Ecuador for the services which it provisions will not include Value Added Tax (VAT). In accordance with current Ecuadorian legislation, VAT is considered to be an import tax for services. Therefore, ISSPOL must calculate and pay VAT within the context of its monthly declaration. It is obligated to issue the corresponding invoice for the purchase of goods and the provisioning of services, and to withhold 100% of the VAT generated. The CONTRACTOR will not be subject to any reduction or impact to the amount of its fees for this reason.

The parties expressly acknowledge that ISSPOL, pursuant to tax regulations, must have the resources to assess and to pay VAT in addition to the value of THE CONTRACTOR's fees and that the withholding will be applied to the payment of the purchase of goods and provisioning of services, which shall include the VAT.

Fee payments made by the ISSPOL to THE CONTRACTOR will be considered to be taxable income of non-resident entities; therefore, they will pay the general rate for companies for that taxable income, which will be subject to withholding at source by ISSPOL, which must deliver the corresponding withholding certificate within five days of receiving THE CONTRACTOR's invoice.

In the event that THE CONTRACTOR recovers the assets located (as indicated in the details of Clause Two of this document), as well as any investments or resources abroad that have become public knowledge, in addition to any of those of ISSPOL in the United States, as a result of extrajudicial, final court, administrative, arbitration, and/or any other legal actions, duly verified by the contracting party, a VARIABLE FEE will also be recognized in favor of THE CONTRACTOR of SEVEN PERCENT (7%), excluding VAT, of the amount or asset actually recovered.

In the event of an asset recovery that has not been located or has not been made public or known to ISSPOL and is located in the United States or any jurisdiction in the world, and these amounts are located and recovered through extrajudicial, judicial, administrative, arbitration, and/or any other legal procedures, duly verified by the contracting party, a VARIABLE FEE will also be awarded to the contractor of EIGHT PERCENT (8%) excluding VAT, of the amount actually recovered.

"From the beginning until the end, there is always someone protecting you"

Address: Av. De los Shyris N 39-67 y el Telégrafo

Email: juridico@isspol.org.ec

Telephone: 022-266-024       022-266-026       [logo: ISO 9001 SGS
Ext:0000                     System Certification
ISO- 9001                    Page __ of 28

| [emblem/seal] | NATIONAL POLICE SOCIAL SECURITY INSTITUTE | CODE: RG/005 REVISION: 1 DATE: 01/02/2018 |
|---|---|---|

JUDICIAL INVESTIGATION

In the event that the contractor has carried out duly verified recovery procedures and the ISSPOL has been required to pay the corresponding percentage of the Variable Fee, if, due to future legal actions by interested third parties, this recovery has been dispossessed from ISSPOL's accounts, whether through a retention, freezing, or any other legal and/or financial measure, and ownership thereof is lost, then the contractor is obligated to return 50% of the amount paid for the variable fee to ISSPOL. The Contractor's obligation is excepted in all cases where the dispossession of the money in ISSPOL's accounts is the result of the Institute's negligence, such as failure to respond to requests from national or foreign judges or failure to attend judicial or administrative proceedings during which measures in this regard may have been issued, or failure to have technical defenses for said proceedings.

The enabling documentation for payment once the reports are submitted, whether for the delivery of products and/or effective recovery, must contain, at minimum, the following:

- The reports which are submitted must be submitted in English or Spanish with proper translation into Spanish if necessary and signed electronically.

- The reports which are submitted by the contractor must contain the specified parameters: background, operating conditions and progress, financial settlement, settlement of terms, proof of service, as applicable.

- The reports must be submitted by the specified date, or a fine will be applied for unjustified delays. In the case of variable fee payments, the deadline for submitting said report will be 20 days from the date on which the restitution of the assets is declared in favor of ISSPOL.

- Comply with the conditions, and also with the methodology for their compliance.

- Recovery reports must detail all of the activities which are carried out in order to recover the amounts owed to ISSPOL, and the supporting documents, either as originals or as certified copies, must be attached.

- Once the documentation is approved by the Contract Administrator, the contractor will submit the invoice for the service and the corresponding payment process will begin.

**CLAUSE EIGHT – TERM OF VALIDITY**

<mark>The contract's term of validity period will be two years, starting on the day subsequent to the contract's date of signing.</mark>

The contracting entity may partially or completely suspend the execution of the contract, at its own initiative or based on the well-reasoned request of the international law firm due to force majeure or unforeseen circumstances.

"From the beginning until the end, there is always someone protecting you"

| | Telephone: 022-266-024 | 022-266-026 | [logo: ISO 9001 SGS |
| Address: Av. De los Shyris N 39-67 y el Telégrafo | | | |
| | Ext:0000 | | System Certification |
| Email: juridico@isspol.org.ec | ISO- 9001 | Page __ of 28 | |

| [emblem/seal] | NATIONAL POLICE SOCIAL SECURITY INSTITUTE | CODE: RG/005 REVISION: 1 DATE: 01/02/2018 |
|---|---|---|
| | JUDICIAL INVESTIGATION | |

The suspended activities must be resumed as soon as the force majeure or unforeseeable event condition has passed.

The contract's total term of validity or the deadlines established for the stages may be extended by the international law firm in cases of duly verified force majeure or unforeseeable events, as well as in response to a duly justified and well-reasoned written request.

The contract may be renewed once by mutual agreement of the parties.

**CLAUSE NINE. - FINES**

A daily fine of one one-thousandth of the amount for each undelivered product shall be applied to the contracted international law firm in the event of a delay in delivery, except in the event of unforeseeable events or force majeure, as provided for within the Code of the Ecuadorian Civil Code, duly verified and accepted by the Contract Administrator, of which the contracting entity shall be notified within 48 hours of the occurrence of the events.

After this period has elapsed, if such notification is not received, the events alleged by the international law firm as grounds for breach of the contract will be deemed not to have occurred, and therefore the fine provided above will be imposed.

The ISSPOL is hereby authorized by the international law firm to enforce the imposed fine from the amounts it is entitled to receive under this contract without any prior requirement or procedure.

If the amount of the fines exceeds five percent (5%) of the total amount of the contract's established fee, then ISSPOL may unilaterally terminate the contract early.

**CLAUSE TEN - CONTRACT ADMINISTRATION**

THE CONTRACTING PARTY appoints Attorney Ms. Karen Burgos Mosquera, ISSPOL's Legal Advisor as Contract Administrator for this contract, in accordance with that which is established in RESOLUTION No. DG-CP012-2023 of March 28, 2023, who must adhere to the general and specific conditions of the contract specifications which constitute a portion of this contract and which ensure its full compliance.

The CONTRACTING PARTY may change the contract administrator by sending the respective notification to the CONTRACTOR, the outgoing administrator, and the new administrator; with no modification of the contract text being required.

Duties of the Contract Administrator. - The duly appointed Administrator acts on behalf of and represents the CONTRACTING PARTY during the contract's term of validity and shall have the following duties:

**a)** Require that the contractor complies with the contract, the contract specifications, and the other provisions.

**SOCIAL SECURITY UNIT**

**LEGAL ADVISORY DIVISION**

**b)** ==Prepare a reasoned report and expressly recommend to the highest authority or its delegate the authorization or denial of the contractor's request for an extension, and suspension of the contract for reasons attributable to the contracting party.==

**c)** Verify compliance with the conditions and features stipulated for each product, prior to its receipt and approval.

**d)** Verify that the contractor's staff efficiently comply with the stipulated requirements.

**e)** Recommend the termination of the contract to the highest authority of the contracting institution on any of the grounds provided for therein.

**f)** Carry out the financial settlement of the contract.

**g)** Request authorization from the highest authority of ISSPOL for payments to be made relating to the delivery of products, fulfillment of conditions, or fulfillment of the contract.

**h)** Prepare and sign the reports for payment per product and the final delivery-receipt document.

**i)** Respond to any request made by the contractor within the period stipulated in the contract.

**j)** Prepare a report on the current status of the contract for which they are responsible in the event of termination of the employment relationship with ISSPOL and request the appointment of a new administrator. As the outgoing administrator, you will be required to hand over all original documents, reports and information on products received to the new administrator, in order to ensure the continuity of the contract and the obligations assumed for the closure and completion of the process on the SERCOP institutional website. You must notify the contractor of any required changes in the execution of the contract.

**CLAUSE ELEVEN. OBLIGATIONS OF THE CONTRACTOR**

The contractor shall have the following obligations:

•   Bidders must review the specifications and terms of reference in order to comply with all requested requirements. No omission or negligence by the bidder in reviewing the documents shall relieve them of their obligations in relation to their bid.

•   The Contractor undertakes to perform the service required by ISSPOL, to the full satisfaction of the contracting party, within the time limits established in this document, which shall form an integral part of the respective contract.

•   To comply fully with the provisions set forth in this document in accordance with the terms and conditions of the contract.

•   To comply with the obligations established in the contract and in the documents that form an integral part thereof, in a timely manner.

•   To sign a Confidentiality Agreement prior to receiving the necessary documentation for the execution of the contract by the contracting party.

•   To carry out the proposed activities in accordance with the contract, the terms of reference, the legal regulations currently in force, and other documents that form part of the contract.

| "From start to finish, there's always someone to protect you" | | |
| --- | --- | --- |
| Address: Av. de los Shyris N 39-67 y el Telégrafo | Tel.: 022-266-024 Ext. 0000 | 022-266-026 |
| email: juridico@isspol.org.ec | ISO- 9001 | Page 22 of 28 |



NATIONAL POLICE
SOCIAL SECURITY UNIT
LEGAL ADVISORY DIVISION

REVIEW: 1
DATE: 01/02/2018

- Respond to and clarify any comments made in writing by the contract administrator, legal advisor, or Director General of ISSPOL within five days of the request.

- Maintain ongoing coordination with other professionals hired by ISSPOL.

- The contractor and those members of its team who have collaborated as part of its technical, administrative, support or other team shall refrain from publishing or disseminating the work performed, either wholly or in part. This prohibition shall not apply to information or documents that become part of pre-trial or trial files, since such files are understood to be known to the authorities having responsibility for investigations or to be public knowledge and freely accessible to third parties, and consequently there shall be no confidentiality with respect to such information.

- Comply with the purpose and goal of the contract.

- Any other provisions stipulated in current law.

## CLAUSE TWELVE. OBLIGATIONS OF THE CONTRACTING PARTY

The contracting party shall have the following obligations:

- To appoint the contract administrator.

- To provide the contractor, upon contract signing, with all relevant information for the institutional representation of ISSPOL relating to the tasks performed.

- To comply with the obligations stipulated in the contract and in the documents that form part of it in a timely manner.

- To resolve any requests or problems that may arise in the execution of the contract within 10 days of the written request made by the contractor.

- If necessary, and after completing the appropriate legal and administrative procedures, enter into supplementary contracts.

- Approve the reports for approval of each product and sign the final delivery and acceptance certificate for the work and/or products received, provided the provisions of the law regarding delivery and acceptance have been complied with; and, in general, comply with the obligations arising from the contract.

## CLAUSE THIRTEEN. DEFINITIVE RECEIPT OF THE CONTRACT

| "From start to finish, there's always someone to protect you" | |
| --- | --- |
| Address: Av. de los Shyris N 39-67 & el Telégrafo | Tel.: 022-266-024    022-266-026 |
| | Ext. 0000 |
| email: juridico@isspol.org.ec | ISO- 9001        Page 23 of 28 |



NATIONAL POLICE
SOCIAL SECURITY UNIT
LEGAL ADVISORY DIVISION

REVIEW: 1
DATE: 01/02/2018

**Final Delivery and Acceptance Certificate.** The final delivery and acceptance certificate shall be signed once all obligations arising from the contract have been fulfilled, enclosing a compliance report from the Contract Administrator with it.

The Acceptance Committee appointed by the CONTRACTING PARTY shall be made up of the Contract Administrator and Expert who has not been involved in the contractual stage of this contracting process, who shall sign the final delivery and acceptance certificate.

As an Expert who has not been involved in the execution of the contract, as stated in the award resolution RESOLUTION No. DG-CP-012-2023 of March 28, 2023, attorney Fátima Estefanía Reinozo Panamá, Legal Analyst of ISSPOL, is designated, who shall be required to abide by the general and specific terms and conditions of the contract.

The CONTRACTING PARTY, via its highest authority or its delegate, may change the expert who has not been involved in the execution of the contract, for which notification of the Administrator shall suffice.


**CLAUSE FOURTEEN. TERMINATION OF THE CONTRACT**

The following grounds shall be considered for unilateral termination of the contract in the event of breach by the CONTRACTOR:

**a)**  Should the contractor fail to comply with the declarations made by it on the bid form — Submission and commitment;

**b)**  Should the contracting party find there to be inconsistency, simulation and/or inaccuracy in the information submitted by the contractor, in the pre-contractual procedure or in the execution of this contract, such inconsistency, simulation, and/or inaccuracy shall be grounds for unilateral termination of the contract, for which the highest authority of the contracting party or its delegate shall declare the contractor in default, without prejudice to any legal action that may be applicable.

**c)**  Breach of contract by the foreign firm reported by the contract administrator, which is required to be notified, with the corresponding explanations submitted.

**Termination by mutual agreement.** When, due to unforeseen circumstances, technical or economic reasons, or force majeure or unforeseeable circumstances, it is not possible or appropriate to the interests of the parties to execute the contract in whole or in part, the parties may, by mutual agreement, agree to terminate all or some of the contractual obligations, in their current state.

No termination by mutual agreement shall imply a waiver of any rights accrued or acquired in favor of the CONTRACTING PARTY or the CONTRACTOR.

**Unilateral termination procedure:** The unilateral termination procedure shall be instituted as a last resort with respect to actions by the contractor that can be corrected, including with the

| "From start to finish, there's always someone to protect you" |
|---|
| Address: Av. de los Shyris N 39-67 & el Telégrafo    Tel.: 022-266-024    022-266-026    Ext. 0000 |
| email: juridico@isspol.org.ec    ISO- 9001    Page 24 of 28 |



imposition of penalties. Therefore, ISSPOL must exhaust all amicable resolution mechanisms provided for in applicable law and in this contract in order to initiate a unilateral termination procedure.

To initiate unilateral termination proceedings, ISSPOL shall define the reasons for its decision in a reasoned report. In particular, and in order to substantiate the provisions of clause c) of Clause Seventeen, the Contract Administrator shall identify the cause of the breach, which may not be limited to delays in the delivery of information.

With regard to the procedure, the Contract Administrator shall inform the ISSPOL's highest authority of the report containing the breach, so that the latter may notify the Contractor, who shall have 20 days to object. ==Once this period has expired==, the ISSPOL's highest authority shall issue its decision.

## CLAUSE FIFTEEN. CONFIDENTIALITY

The contracting party and the contractor agree that all information that comes to their knowledge from the other party in connection with the performance of this contract shall be deemed confidential and not disclosable. Use thereof for their own benefit or that of third parties or against such information shall therefore be prohibited.

Failure to comply with this obligation shall be grounds for termination of this contract, and it shall be at the discretion of the affected party to initiate the appropriate actions for damages.

The Contractor and/or any of its associates are expressly prohibited from reproducing or publishing information on the project that forms the subject of the contract, including seminars, exhibitions, conferences or academic events, unless authorized in writing by the contracting entity.

All information administered by the National Police Social Security Institute (ISSPOL) is confidential, and the Contractor and its personnel must therefore maintain absolute secrecy and confidentiality with respect to such information; they may not reproduce it in whole or in part, generate it or disseminate it in any form whatsoever without the express consent of the Director General of the National Police Social Security Institute, even after the term of execution has ended, i.e. during the execution of the contract and following the end of the contract for an indefinite period, except as required by a competent authority.

The Contractor may not give or take part in interviews relating to the service provision contract with any media outlet, unless expressly requested or authorized by the Director General of the National Police Social Security Institute (ISSPOL), and must prudently support the position of ISSPOL, avoiding any damage or harm to its institutional image.

The Contractor shall be responsible for ensuring that its staff maintain complete confidentiality regarding the information received. Failure to comply with this

| "From start to finish, there's always someone to protect you" | |
| --- | --- |
| Address: Av. de los Shyris N 39-67 & el Telégrafo | Tel.: 022-266-024   022-266-026   Ext. 0000 |
| email: juridico@isspol.org.ec | ISO- 9001   Page 25 of 28 |



confidentiality clause by either the Contractor or its staff shall result in the National Police Social Security Institute (ISSPOL) taking the appropriate legal, civil, and criminal action.

## CLAUSE SIXTEEN. RESOLUTION OF DISPUTES

The contracting parties agree that all disputes relating to or arising from this contract, including those arising from its interpretation, execution, breach and validity, shall be submitted to the following dispute resolution mechanisms:

<u>Mediation</u>

The Parties may submit themselves to the mediation procedure provided for in Ecuadorian law before a mediator from the Mediation Center of the Office of the Attorney General.

Once the mediation process has been completed, a document shall be signed setting forth the total or partial agreement or, failing that, the impossibility of reaching any agreement. This document setting forth the agreement shall have the effect of a final and binding judgment and shall be enforced in the same manner as judgments of last instance, following the enforcement procedure, without the enforcement judge accepting any exceptions beyond those arising after the signing of the mediation document.

<u>Arbitration</u>

All disputes arising out of or relating to this Agreement, the interpretation, enforcement or early termination thereof, including any action or omission by the Contract Administrator, that have not been resolved through direct negotiation or amicable conciliation or mediation as provided in this clause shall be resolved by arbitration, pursuant to the Arbitration Rules of the International Center for the Resolution of Disputes, being international division of the American Arbitration Association, in force on the date of execution of this contract. The arbitration shall be legally binding and be conducted in Spanish.

The International Center for the Resolution of Disputes, being the international division of the American Arbitration Association in Miami, shall administer the proceedings and act as appointing authority, if applicable.

The Arbitral Tribunal shall be composed of three (3) members, unless the dispute is quantifiable and the value in dispute is less than the equivalent of five million dollars (US$5,000,000), in which case the Arbitral Tribunal shall be composed of a single arbitrator.

When the arbitral tribunal is to be composed of three (3) members, each Party shall appoint one member of the Arbitral Tribunal, and the two arbitrators so appointed shall select the third arbitrator, pursuant to with the Arbitration Rules of the International Center for Dispute Resolution, being the international division of the American Arbitration Association, in effect on the date of this contract.

| "From start to finish, there's always someone to protect you" | | |
| --- | --- | --- |
| Address: Av. de los Shyris N 39-67 & el Telégrafo | Tel.: 022-266-024 Ext. 0000 | 022-266-026 |
| email: juridico@isspol.org.ec | ISO- 9001 | Page 26 of 28 |



NATIONAL POLICE
SOCIAL SECURITY UNIT
LEGAL ADVISORY DIVISION

When the arbitral tribunal is to be composed of one (1) member, that member shall be appointed by the International Center for the Resolution of Disputes, being the international division of the American Arbitration Association in Miami.

The venue of arbitration shall be the city of Miami, Florida.

The present Agreement shall be governed by and construed pursuant to the laws of the Republic of Ecuador.

The Parties shall continue to perform their obligations under this Agreement notwithstanding the submission of a dispute to arbitration.


## CLAUSE SEVENTEEN. COMMUNICATIONS BETWEEN THE PARTIES

All communications between the parties relating to the performance of the contract shall without exception be made in writing and in Spanish, via printed and/or electronic means. Communications between the contract administrator and THE CONTRACTOR shall be made via written documents and/or electronic means.


## CLAUSE EIGHTEEN. DOMICILE

For all purposes of this contract, the parties agree to stipulate their domicile as the city of Quito.

For the purposes of communication or notification, the parties designate the following as their addresses:


**THE CONTRACTING PARTY. INSTITUTO DE SEGURIDAD SOCIAL DE LA POLICÍA NACIONAL ISSPOL**
**TIN:** 1768061090001
**Address:** Av. de los Shyris N 39-67 & el Telégrafo; Tel.: (02) 3966-000
**Email:** isspol@isspol.org.ec
Quito-Ecuador


**THE CONTRACTOR. EXPERTISE-GIDEON FISHER & Co LLC LAW FIRM, IDENTIFICATION No.** 92-3195698-EIN
**Tel.:** (02) 3826777
**Email: lawfirm@expertise.com.ec; alberto.pena@expertise.com.ec**
Quito-Ecuador


## CLAUSE NINETEEN. ACCEPTANCE BY THE PARTIES

Declaration. The parties freely, voluntarily and expressly declare that they are aware of and accept the entire text of the terms and conditions and other documentation that form an integral part of this contract.

| "From start to finish, there's always someone to protect you" | | |
| --- | --- | --- |
| Address: Av. de los Shyris N 39-67 & el Telégrafo | Tel.: 022-266-024 Ext. 0000 | 022-266-026 |
| email: juridico@isspol.org.ec | ISO- 9001 | Page 27 of 28 |



## SOCIAL SECURITY UNIT

## LEGAL ADVISORY DIVISION

The parties freely, voluntarily and expressly ratify everything agreed upon in this contract and submit themselves to its provisions.

In witness whereof and for faithful compliance with the foregoing, the parties hereby sign this document.

In the Metropolitan District of the city of San Francisco de Quito, April 11, 2023.

**For ISSPOL**

**GENERAL STAFF POLICE COLONEL
RENATO GONZÁLEZ PEÑA HERRERA
DIRECTOR GENERAL OF THE ISSPO
TIN: 1768061090001**

**THE CONTRACTOR**

**ALBERTO HERNÁN PEÑA MOSCOSO
JOINT LEGAL AGENT
EXPERTISE GIDEON FISHER & Co LLC LAW FIRM
IDENTIFICATION No. 92-3195698-EIN**

| "From start to finish, there's always someone to protect you" | | |
| --- | --- | --- |
| Address: Av. de los Shyris N 39-67 & el Telégrafo | Tel.: 022-266-024 Ext. 0000 | 022-266-026 |
| email: juridico@isspol.org.ec | ISO- 9001 | Page 28 of 28 |





TRANSPERFECT

City of New York, State of New York, County of New York

I, Jacqueline Yorke, hereby certify that the document "**International Legal Services Agreement**" is, to the best of my knowledge and belief, a true and accurate translation from Spanish into English.

_____
Jacqueline Yorke

Sworn to before me this
May 30, 2025

_____
Signature, Notary Public

WENDY POON
Notary Public - State of New York
No. 01PO0000184
Qualified in Queens County
My Commission Expires February 02, 20 2 7

_____
Stamp, Notary Public



# INSTITUTO DE SEGURIDAD SOCIAL
## DE LA POLICÍA NACIONAL

CÓDIGO: RG/005
REVISIÓN: 1
FECHA: 02/01/2018

### ASESORÍA JURÍDICA

**CONTRATO No. 2023-27-AJ-ISSPOL**

**" CONTRATACIÓN DEL SERVICIO DE ASESORÍA LEGAL INTERNACIONAL, PATROCINIO, REPRESENTACIÓN JUDICIAL Y RECUPERACIÓN DE CAPITALES Y/O VALORES INVERTIDOS A FAVOR DEL ISSPOL EN EL EXTERIOR"**

En la ciudad de Quito, a los 11 días del mes de abril de 2023 comparecen, por una parte el señor Coronel de Policía de E.M, DIEGO RENATO GONZÁLEZ PENAHERRERA, de nacionalidad ecuatoriana, mayor de edad, de estado civil divorciado, domiciliado en la ciudad de Quito, en mi calidad de Director General del Instituto de Seguridad Social de la Policía Nacional, conforme se lo justifica con los documentos que se adjuntan como habilitantes y como tal, representante legal de del Instituto, en calidad de CONTRATANTE o ISSPOL, y por otra parte el CONSORCIO JURÍDICO EXPERTISE- GIDEON FISHER & Co LLC de nacionalidad estadounidense con número de identificador de empleador 92-3195698-EIN , representada por el señor Alberto Hernán Peña Moscoso con cedula de ciudadanía No 1708463748, en calidad de Procurador Común, a quien se le denominará "LA CONTRATISTA", quienes libre y voluntariamente convienen en celebrar el presente contrato de acuerdo a las siguientes clausulas:

**CLÁUSULA PRIMERA. - INTERPRETACION DEL CONTRATO Y TÉRMINOS**

Los términos del contrato se interpretarán en su sentido literal, a fin de revelar claramente la intención de los contratantes. En todo caso su interpretación sigue las siguientes normas:

**a)** Los términos se entenderán en su tenor literal.
**b)** Si no están definidos se estará a lo dispuesto en el contrato en su sentido natural y obvio, de conformidad con el objeto contractual y la intención de los contratantes. De existir contradicciones entre el contrato y los documentos de este, prevalecerán las normas del contrato.
**c)** El contexto servirá para ilustrar el sentido de cada una de sus partes, de manera que haya entre todas ellas la debida correspondencia y armonía.

**CLÁUSULA SEGUNDA. - ANTECEDENTES**

El Ecuador es un Estado constitucional de derechos y justicia según el artículo 1 de la  Constitución de la República del Ecuador; por lo tanto, las adquisiciones gubernamentales que realicen las entidades que integran el sector público deben estar constitucionalizada, principio con el cual fue levantado el proceso para la "CONTRATACIÓN DEL SERVICIO DE ASESORÍA LEGAL INTERNACIONAL, PATROCINIO,

| "Desde el principio hasta el fin, siempre hay alguien que te protege" | Telf: 022-266-024 | 022-266-026 | |
|---|---|---|---|
| Dirección: Av. De los Shyris N 39-67 y el Telégrafo | Ext:0000 | | |
| email: juridico@isspol.org.ec | ISO- 9001 | Pág. 1 de 28 | |



## INSTITUTO DE SEGURIDAD SOCIAL
## DE LA POLICÍA NACIONAL

CÓDIGO: RG/005
REVISIÓN: 1
FECHA: 02/01/2018

**ASESORÍA JURÍDICA**

REPRESENTACIÓN JUDICIAL Y RECUPERACIÓN DE CAPITALES Y/O VALORES INVERTIDOS A FAVOR DEL ISSPOL EN EL EXTERIOR".

Conforme al Anexo XIX constante en los anexos al Protocolo de Adhesión al "ACUERDO COMERCIAL ENTRE LA UNIÓN EUROPEA Y SUS ESTADOS MIEMBROS, POR UNA PARTE, Y COLOMBIA, EL PERÚ Y ECUADOR, POR OTRA", se establece el listado de las entidades a las que abarca el Título VI del aludido instrumento internacional, tanto a nivel central, subcentral y otras, las que aplicarán los respectivos umbrales para bienes, servicios, y servicios de construcción; reglas de aplicación a mercancías, servicios, servicios de construcción (obras) y excepciones generales; dada la autonomía que le otorga la Ley de Seguridad Social de la Policía Nacional al ISSPOL, le corresponde la verificación del listado OTROS ORGANISMOS DEL ESTADO, donde no se considera al Instituto.

Que, la Ley de Seguridad Social de la Policía Nacional en su artículo 3 manda al Instituto de Seguridad Social de la Policía Nacional (ISSPOL) ser parte del sistema de seguridad social, como un organismo autónomo con finalidad social y sin ánimo de lucro, con personería jurídica, patrimonio propio y domicilio en la ciudad de Quito.

Son atribuciones del Director General b) representar legalmente en todos los actos judiciales, extrajudiciales, contratos y convenios en los que intervenga el ISSPOL de conformidad con el Art. 8 de la Ley de Seguridad Social de la Policía Nacional.

El artículo 2 de la Ley Orgánica de la Procuraduría General del Estado indica que el Procurador General del Estado es el representante judicial del Estado, en cuya razón, consta el N. 8 Análisis Costo/ Efectividad del contenido del Informe de Determinación de Necesidad N. I-OF-2022-136-AJ-ISSPOL de 20 de diciembre de 2022, suscrito por la señora abogada Karen Johanna Burgos Mosquera, Asesora Jurídica del ISSPOL, el análisis de las condiciones al realizar la contratación a través de Procuraduría General del Estado, siendo que el ISSPOL no podría tener comunicación directa con la firma jurídica y los costos podrían ser más elevados.

Mediante examen especial DAAC-0263-2015 aprobado con fecha 25 de mayo de 2015, la Contraloría General del Estado recomienda a la Procuraduría General del Estado para los contratos suscritos con abogados externos: incluir funciones expresas del administrador contractual, establecer cláusula de penalidades, incluir procedimiento de terminación de contrato, y establecer procedimiento de documentación previo al pago; recomendaciones que son incluidas por el ISSPOL dentro de la presente contratación.

El artículo 3 del Reglamento General a La Ley Orgánica del Sistema Nacional de Contratación Pública sobre contrataciones en el extranjero establece que no se regirán por las normas previstas en la Ley Orgánica del Sistema Nacional de Contratación Pública o el presente Reglamento, la adquisición y/o arrendamiento de bienes, prestación de servicios y ejecución de obras que por su naturaleza, objeto o alcance deban ser ejecutadas fuera del territorio nacional. Estos procedimientos se someterán a las normas legales del país en que se contraten o a prácticas comerciales o modelos de negocio de aplicación internacional, procurando realizar procesos internacionales de selección competitivos. (...); además de forma adicional

---

| "Desde el principio hasta el fin, siempre hay alguien que te protege" | Telf: 022-266-024    022-266-026 | |
|---|---|---|
| Dirección: Av. De los Shyris N 39-67 y el Telégrafo | Ext:0000 | |
| email: juridico@isspol.org.ec | ISO- 9001    Pág. 2 de 28 | SGS |



**INSTITUTO DE SEGURIDAD SOCIAL**
**DE LA POLICÍA NACIONAL**

CÓDIGO: RG/005
REVISIÓN: 1
FECHA: 02/01/2018

_____

**ASESORÍA JURÍDICA**
_____

de conformidad con su art. 70 numeral 5 dichas contrataciones fuera del ámbito de aplicación territorial están exentas de contar con el Informe de Pertinencia de la Contraloría General del Estado.

Mediante Resolución N. 18-CD-SE-06-2021-ISSPOL de 29 de abril de 2021 el Consejo Directivo selecciona al señor Coronel de Policía de E.M Diego Renato Peñaherrera como Director General del ISSPOL.

La Norma de Control Interno 406-02, determina que las compras deben realizarse únicamente cuando sean necesarias y en las cantidades aprobadas y el literal a del Capítulo I del Manual de Buenas Prácticas en la Contratación Pública para el Desarrollo del Ecuador, explica que debe existir un informe de justificación de necesidad de la etapa preparatoria, por tanto, Asesoría Jurídica del ISSPOL contando con las debidas autorizaciones, generó el Informe de Determinación de Necesidad I-OF-2022-136-AJ-ISSPOL de 20 de diciembre de 2022, en el que se concluye: "(…) en cuenta que todos los abogados que integran el equipo de Asesoría Jurídica del ISSPOL, son abogados con Título acreditado para ejercer en el Ecuador, mas no poseen ninguna licencia habilitada para ejercer como abogados en el exterior .(…)" documento debidamente conocido y aprobado por el Director General del ISSPOL mediante Memorando Nro. I-ME2022-5281-DG-ISSPOL de 21 de diciembre de 2022, del cual se desprende la necesidad institucional del ISSPOL en la recuperación de capitales en el exterior.

Mediante Memorando Nro. I-ME-2022-213-CD-ISSPOL, de 16 de noviembre de 2022, se informa que a través de Resolución Nro. 212-CD-SO-09-2022 de 15 de noviembre de 2022, el Consejo Directivo da por conocido y aprobado el Plan Operativo Anual POA 2023 para el ISSPOL.

El Consejo Directivo del ISSPOL mediante Resolución N. 240-CD-SE-38-2022-ISSPOL de 1 de diciembre de 2022, resolvió en art. 1 recomendar a la Dirección General, luego de un concurso internacional competitivo inicie el proceso de contratación con el Estudio Jurídico EXPERTISE GIDEON FISHER.

El proceso de selección competitiva y transparente a favor del consorcio jurídico EXPERTISE GIDEON FISHER internacional por convenir a los intereses técnicos, económicos y legales institucionales se encuentra sustentado en el Informe de Conveniencia y Viabilidad Técnica y Económica de 16 de marzo de 2023 suscrito por la señora abogada Karen Johanna Burgos Mosquera, Asesora Jurídica del ISSPOL.

Mediante oficio No. I-OF-2022-2126-AJ-ISSPOL, 20 de diciembre de 2022, suscrito electrónicamente por señora abogada Karen Johanna Burgos Mosquera, Asesora Jurídica del ISSPOL, solicita al señor Coronel de Policía de E.M Diego Renato Peñaherrera, Director General del ISSPOL, la autorización para dar inicio a la etapa preparatoria dentro del proceso para la "CONTRATACIÓN DEL SERVICIO DE ASESORÍA LEGAL INTERNACIONAL, PATROCINIO, REPRESENTACIÓN JUDICIAL Y RECUPERACIÓN DE CAPITALES Y/O VALORES INVERTIDOS A FAVOR DEL ISSPOL EN EL EXTERIOR";

A través de Memorando No. ISSPOL-DG-2023-5281-I-ME, de 21 de diciembre de 2023, firmado electrónicamente por el señor Coronel de Policía de E.M Diego Renato Peñaherrera, Director General del ISSPOL, comunica la autorización para dar inicio a la fase preparatoria del proceso para la "CONTRATACIÓN DEL SERVICIO DE ASESORÍA LEGAL INTERNACIONAL, PATROCINIO, REPRESENTACIÓN

"Desde el principio hasta el fin, siempre hay alguien que te protege"

Telf: 022-266-024     022-266-026

Dirección: Av. De los Shyris N 39-67 y el Telégrafo

Ext:0000

email: juridico@isspol.org.ec     ISO- 9001     Pág. 3 de 28

ISO 9001 / SGS



**INSTITUTO DE SEGURIDAD SOCIAL
DE LA POLICÍA NACIONAL**

CÓDIGO: RG/005
REVISIÓN: 1
FECHA: 02/01/2018

_____

**ASESORÍA JURÍDICA**
_____

JUDICIAL Y RECUPERACIÓN DE CAPITALES Y/O VALORES INVERTIDOS A FAVOR DEL ISSPOL EN EL EXTERIOR".

Con Memorando Nro. I-ME-2022-5342-DG-ISSPOL de 22 de diciembre de 2022 el señor Coronel de Policía de E.M Diego Renato Peñaherrera, Director General del ISSPOL, designa a la Gestión de Compras Públicas y Asesoría Jurídica como delegados para el proceso de búsqueda y verificación de producción nacional VPN-ISSPOL-03-2022; es así que con Oficio Nro. ISSPOL-DAD-CP-2023-0041-I-OF de 30 de enero de 2023 los delegados indican a la Máxima Autoridad que NO ha existido manifestación de interés nacional que cumpla con los requisitos establecidos en dicha contratación.

Mediante Oficio Nro. ISSPOL-AJ-2023-0183-I-OF de 13 de febrero de 2023, la señora abogada Karen Johanna Burgos Mosquera, Asesora Jurídica del ISSPOL emite criterio jurídico respecto del certificado de producción nacional previo a la contratación y concluye: "El ISSPOL sobre la base de la autonomía que le otorga el artículo 2 de la Ley de Seguridad Social de la Policía Nacional está facultado a contratar de manera directa patrocinio internacional en defensa de los intereses institucionales utilizando normativa extranjera, sin aplicar la Ley Orgánica del Sistema Nacional de Contratación Pública y por ende sin ser necesaria la verificación de producción nacional (VPN) por parte del SERCOP; considerando la necesidad de asegurar la sostenibilidad de la seguridad social policial como un servicio público obligatorio y un derecho irrenunciable del profesional policial que se encuentra sustenta en los principios de cooperación, solidaridad, justicia, equidad, previsión, integralidad y especificidad."; criterio que es ratificado por la Dirección de Control para la Producción Nacional del SERCOP.

A través de Oficio Nro. ISSPOL-AJ-2023-0281-I-OF de 6 de marzo de 2023, firmado electrónicamente por la señora abogada Karen Johanna Burgos Mosquera, Asesora Jurídica del ISSPOL, se solicita a la Gestión de Compras Públicas la revisión y certificación de PAC y catálogo electrónico del proceso para la "CONTRATACIÓN DEL SERVICIO DE ASESORÍA LEGAL INTERNACIONAL, PATROCINIO, REPRESENTACIÓN JUDICIAL Y RECUPERACIÓN DE CAPITALES Y/O VALORES INVERTIDOS A FAVOR DEL ISSPOL EN EL EXTERIOR".

El Consejo Directivo del ISSPOL mediante Resolución N. 12-CD-S0-02-2023-ISSPOL de 7 de marzo de 2023, resolvió aprobar el Reglamento para la Contratación de abogados para el patrocinio internacional del ISSPOL y su asesoramiento.

Con fecha 9 de marzo de 2023 el SERCOP a través de la Dirección de Control para la Producción Nacional mediante Oficio Nro. SERCOP-DCPN-2023-0253-O no aprobó el certificado del proceso de búsqueda de producción nacional, haciendo énfasis en que el Art. 3 del Reglamento General a La Ley Orgánica del Sistema Nacional de Contratación Pública, menciona que este tipo de aprobaciones son necesarias cuando se trate de servicios a ser IMPORTADOS al Estado ecuatoriano, lo cual no es del caso.

Consta del expediente físico precontractual la Certificación No. 2023-13-DA-CP-ISSPOL de 14 de marzo de 2023, remitida mediante Oficio Nro. ISSPOL-DAD-CP-2023-0081-I-OF 14 de marzo de 2023, firmada electrónicamente por la abogada Andrea Velarde Cartagenova, Jefe de la Gestión de Compras Públicas del ISSPOL, mediante el cual certifica que la actividad "CONTRATACIÓN SERVICIO DE ASESORÍA LEGAL

| "Desde el principio hasta el fin, siempre hay alguien que te protege" | |
|---|---|
| | Telf: 022-266-024      022-266-026 |
| Dirección: Av. De los Shyris N 39-67 y el Telégrafo | Ext:0000 |
| email: juridico@isspol.org.ec | ISO- 9001          Pág. 4 de 28 |



# INSTITUTO DE SEGURIDAD SOCIAL
# DE LA POLICÍA NACIONAL

| CÓDIGO: RG/005 |
| REVISIÓN: 1 |
| FECHA: 02/01/2018 |

## ASESORÍA JURÍDICA

PARA LA DEFENSA DE LOS INTERESES DEL ISSPOL Y PATROCINIO ESPECÍFICO PARA LA RECUPERACIÓN DE LOS VALORES INVERTIDOS Y SU REPRESENTACIÓN EN LOS PROCESOS JUDICIALES DE CUALQUIER NATURALEZA EN LOS QUE INTERVENGA EL INSTITUTO DE SEGURIDAD SOCIAL DE LA POLICÍA NACIONAL" consta en el PAC ISSPOL 2023, en cumplimiento al Art. 46 de la LOSNCP, no se encuentra catalogado conforme las necesidades institucionales, de la siguiente manera:

- En el Plan Anual de Contrataciones para el año 2023 del ISSPOL, publicado en el Portal Institucional del SERCOP; existe la "CONTRATACIÓN SERVICIO DE ASESORÍA LEGAL PARA LA DEFENSA DE LOS INTERESES DEL ISSPOL Y PATROCINIO ESPECÍFICO PARA LA RECUPERACIÓN DE LOS VALORES INVERTIDOS Y SU REPRESENTACIÓN EN LOS PROCESOS JUDICIALES DE CUALQUIER NATURALEZA EN LOS QUE INTERVENGA EL INSTITUTO DE SEGURIDAD SOCIAL DE LA POLICÍA NACIONAL", a la fecha, SI se encuentra registrada, adjunto print de pantalla:

| OBJETO | "CONTRATACIÓN SERVICIO DE ASESORÍA LEGAL PARA LA DEFENSA DE LOS INTERESES DEL ISSPOL Y PATROCINIO ESPECÍFICO PARA LA RECUPERACIÓN DE LOS VALORES INVERTIDOS Y SU REPRESENTACIÓN EN LOS PROCESOS JUDICIALES DE CUALQUIER NATURALEZA EN LOS QUE INTERVENGA EL INSTITUTO DE SEGURIDAD SOCIAL DE LA POLICÍA NACIONAL" |
|---|---|
| TIPO DE PRESUPUESTO: | Gasto Corriente |
| TIPO DE COMPRA: | Servicio |
| PERIODO DE PROGRAMACIÓN: | Primer cuatrimestre |
| PROCEDIMIENTO | Especial |



Se cuenta con el Informe de Determinación de la necesidad contenido en el INFORME I-OF 2022-136-AJISSPOL, de 20 de diciembre de 2022, para la "CONTRATACIÓN DEL SERVICIO DE ASESORÍA LEGAL INTERNACIONAL, PATROCINIO, REPRESENTACIÓN JUDICIAL Y RECUPERACIÓN DE CAPITALES Y/O VALORES INVERTIDOS A FAVOR DEL ISSPOL EN EL EXTERIOR", debidamente suscrito electrónicamente por la señora abogada Karen Johanna Burgos Mosquera, Asesora Jurídica del ISSPOL; informe de creación de necesidad

| "Desde el principio hasta el fin, siempre hay alguien que te protege" | | | |
|---|---|---|---|
| | Telf: 022-266-024 | 022-266-026 | |
| Dirección: Av. De los Shyris N 39-67 y el Telégrafo | Ext:0000 | | |
| email: juridico@isspol.org.ec | ISO- 9001 | Pág. 5 de 28 | |



**INSTITUTO DE SEGURIDAD SOCIAL
DE LA POLICÍA NACIONAL**

CÓDIGO: RG/005
REVISIÓN: 1
FECHA: 02/01/2018

**ASESORÍA JURÍDICA**

que contempla los análisis de costo eficiencia, beneficio y efectividad de conformidad con la normativa legal vigente.

Se apareja del expediente el Estudio de Mercado contenido en el informe de 14 de marzo de 2023 debidamente levantado con un análisis del servicio que se requiere, revisión de procesos similares, análisis de cotizaciones, cuadro comparativo de cotizaciones y CPC, para la "CONTRATACIÓN DEL SERVICIO DE ASESORÍA LEGAL INTERNACIONAL, PATROCINIO, REPRESENTACIÓN JUDICIAL Y RECUPERACIÓN DE CAPITALES Y/O VALORES INVERTIDOS A FAVOR DEL ISSPOL EN EL EXTERIOR", elaborado y debidamente suscrito electrónicamente por señora abogada Karen Johanna Burgos Mosquera, Asesora Jurídica del ISSPOL, que concluye un presupuesto de UN MILLÓN CIENTO CUARENTA MIL DÓLARES DE LOS ESTADOS UNIDOS DE AMERICA (USD 1 140.000,00), sin IVA.

Consta del expediente de contratación físico consta el oficio No. ISSPOL-AJ-2023-0347-I-OF, de 14 de marzo de 2023, firmado electrónicamente por señora abogada Karen Johanna Burgos Mosquera, Asesora Jurídica del ISSPOL, mediante el cual solicita a la Gestión de Planificación Estratégica y Calidad la certificación del Plan Operativo Anual 2023 para la "CONTRATACIÓN DEL SERVICIO DE ASESORÍA LEGAL INTERNACIONAL, PATROCINIO, REPRESENTACIÓN JUDICIAL Y RECUPERACIÓN DE CAPITALES Y/O VALORES INVERTIDOS A FAVOR DEL ISSPOL EN EL EXTERIOR".

Mediante oficio No. Oficio Nro. ISSPOL-PEC-2023-0109-I-OF, de 14 de marzo de 2023 la Certificación POA de la actividad "CONTRATACIÓN DEL SERVICIO DE ASESORÍA LEGAL INTERNACIONAL, PATROCINIO, REPRESENTACIÓN JUDICIAL Y RECUPERACIÓN DE CAPITALES Y/O VALORES INVERTIDOS A FAVOR DEL ISSPOL EN EL EXTERIOR", debidamente suscrita por el señor Ing. Ernesto Lenin Rosero Solís, Jefe de Planificación Estratégica y Calidad del ISSPOL.

Con oficio No. ISSPOL-AJ-2023-0355-I-OF de 15 de marzo del 2023, firmado electrónicamente por señora abogada Karen Johanna Burgos Mosquera, Asesora Jurídica del ISSPOL, solicita a la Dirección Económica Financiera del ISSPOL, la emisión de la certificación presupuestaria para la "CONTRATACIÓN DEL SERVICIO DE ASESORÍA LEGAL INTERNACIONAL, PATROCINIO, REPRESENTACIÓN JUDICIAL Y RECUPERACIÓN DE CAPITALES Y/O VALORES INVERTIDOS A FAVOR DEL ISSPOL EN EL EXTERIOR",

Mediante Oficio Nro. ISSPOL-DEF-2023-0444-I-OF, de fecha 15 de marzo de 2023, firmado electrónicamente por la Dirección Económica Financiera del ISSPOL, se emite la certificación presupuestaria No. CeP-000024-23 de 15 de marzo de 2023;

Consta del expediente los Términos de Referencia, contenidos en el Oficio Nro. ISSPOL-AJ-2023-0383-IOF de 16 de marzo de 2023, para la "CONTRATACIÓN DEL SERVICIO DE ASESORÍA LEGAL INTERNACIONAL, PATROCINIO, REPRESENTACIÓN JUDICIAL Y RECUPERACIÓN DE CAPITALES Y/O VALORES INVERTIDOS A FAVOR DEL ISSPOL EN EL EXTERIOR"; fueron elaboradas y debidamente suscritos electrónicamente por señora abogada Karen Johanna Burgos Mosquera, Asesora Jurídica del ISSPOL y constan del expediente de contratación.

| "Desde el principio hasta el fin, siempre hay alguien que te protege" | Telf: 022-266-024 | 022-266-026 |
|---|---|---|
| Dirección: Av. De los Shyris N 39-67 y el Telégrafo | Ext:0000 | |
| email: juridico@isspol.org.ec | ISO- 9001 | Pág. 6 de 28 |



# INSTITUTO DE SEGURIDAD SOCIAL
# DE LA POLICÍA NACIONAL

| CÓDIGO: RG/005 |
| REVISIÓN: 1 |
| FECHA: 02/01/2018 |

## ASESORÍA JURÍDICA

Mediante Oficio Nro. ISSPOL-AJ-2023-0383-I-OF de 16 de marzo de 2023, debidamente suscrito electrónicamente por señora abogada Karen Johanna Burgos Mosquera, Asesora Jurídica del ISSPOL, se remite el Informe Técnico reformatorio del PAC ISSPOL 2023, mismo que es reformado por la Dirección Administrativa mediante RESOLUCIÓN Nro. DAD-CP-010-2023 de 1ó de marzo de 2023, con el siguiente detalle:

| TIPO DE GASTO | Área requirente | Objeto de Contratación | Código CPC | Partida presupuestaria | Monto sin IVA (USD) | Tipo de Procedimiento de contratación | Tipo De compra | Ejercicio fiscal |
|---|---|---|---|---|---|---|---|---|
| CORRIENTE | ASESORÍA JURÍDICA | "CONTRATACIÓN DEL SERVICIO DE ASESORÍA LEGAL INTERNACIONAL, PATROCINIO, REPRESENTACIÓN JUDICIAL Y RECUPERACIÓN DE CAPITALES Y/O VALORES INVERTIDOS A FAVOR DEL ISSPOL EN EL EXTERIOR" | 82119 | 530601 | USD 1 140.000,00 | Especial | Servicios | 2023 |

Mediante Memorando Nro. ISSPOL-DG-2023-2025-I-ME de 16 de marzo de 2023, el Director General del ISSPOL autoriza el inicio de la contratación para la "CONTRATACIÓN DEL SERVICIO DE ASESORÍA LEGAL INTERNACIONAL, PATROCINIO, REPRESENTACIÓN JUDICIAL Y RECUPERACIÓN DE CAPITALES Y/O VALORES INVERTIDOS A FAVOR DEL ISSPOL EN EL EXTERIOR".

Mediante RESOLUCIÓN Nro. DG-CP-011-2023 de 16 de marzo de 2023, suscrita por el Director General en su contenido resuelve:

*"Artículo 1.- APROBAR los pliegos, el cronograma, y en consecuencia autorizar el inicio del procedimiento de contratación en el extranjero con código Nro. PE-ISSPOL-01-2023, cuyo objeto es la "CONTRATACIÓN DEL SERVICIO DE ASESORÍA LEGAL INTERNACIONAL, PATROCINIO, REPRESENTACIÓN JUDICIAL Y RECUPERACIÓN DE CAPITALES Y/O VALORES INVERTIDOS A FAVOR DEL ISSPOL EN EL EXTERIOR", con un plazo de ejecución de 2 años a partir de la firma de contrato; y un presupuesto de USD 1 140.000,00 (UN MILLÓN CIENTO CUARENTA MIL DÓLARES DE LOS ESTADOS UNIDOS DE AMERICA 00/100 CENTAVOS) sin IVA".*

*(...)*

Artículo 4.- CONFORMAR la Comisión de Revisión y notificarla, para que gestione toda de etapa precontractual hasta la recomendación de adjudicación dentro del procedimiento de contratación en el extranjero con código Nro. PE-ISSPOL-01-2023, cuyo objeto es la "CONTRATACIÓN DEL SERVICIO DE

| "Desde el principio hasta el fin, siempre hay alguien que te protege" | Telf: 022-266-024 | 022-266-026 |
| Dirección: Av. De los Shyris N 39-67 y el Telégrafo | Ext:0000 | |
| email: juridico@isspol.org.ec | ISO- 9001 | Pág. 7 de 28 |

SGS



**INSTITUTO DE SEGURIDAD SOCIAL
DE LA POLICÍA NACIONAL**

CÓDIGO: RG/005
REVISIÓN: 1
FECHA: 02/01/2018

---

**ASESORÍA JURÍDICA**

---

ASESORÍA LEGAL INTERNACIONAL, PATROCINIO, REPRESENTACIÓN JUDICIAL Y RECUPERACIÓN DE CAPITALES Y/O VALORES INVERTIDOS A FAVOR DEL ISSPOL EN EL EXTERIOR", de la siguiente manera:

1. Señor Eco. Jorge Guillermo Vélez Medranda, quien la presidirá, con cédula 1309880316,
2. Señor abogado Paúl Andrés Vaca Chacón, Analista Jurídico del ISSPOL Delegado del Titular del área requirente, con cédula 1003932967,
3. Abg. Carlos Aurelio Zaquinaula Iñahuazo, Analista Jurídico, Técnico Afín, con cédula 1900465756,
4. Servidor Mauricio Alejandro Torres Arteaga, Secretario, con cédula 1717991697."

Mediante Memorando Nro. ISSPOL-DAD-2023-0704-I-ME de 19 de marzo de 2023 remitido por la Dirección Administrativa en su parte medular menciona lo siguiente: *"(..) Reciba un cordial saludo, en atención al memorando Nro. ISSPOL-DG-2023-2083-I-ME, firmado electrónicamente por el señor Director General del ISSPOL, en referencia al Oficio Nro. ISSPOL-DEF-IN-2023-0169-I-OF de 16 de marzo de 2023 firmado electrónicamente por el señor Jefe de Inversiones del ISSPOL, manifiesta "(...) Como Presidente de la Comisión de Revisión del proceso, me permito remitir a usted el Acta Nro. 01 ACTA DE CONOCIMIENTO ETAPA PREPARATORIA Y ELABORACIÓN DE PLIEGOS DEL PROCESO DE CONTRATACIÓN EN EL EXTERIOR N° PE-ISSPOL-01-2023, CUYO OBJETO ES LA "CONTRATACIÓN DEL SERVICIO DE ASESORÍA LEGAL INTERNACIONAL, PATRICINIO, REPRESENTACIÓN JUDICIAL Y RECUPERACIÓN DE CAPITALES Y/O VALORES INVERTIDOS A FAVOR DEL ISSPOL EN EL EXTERIOR"; mediante la cual la Comisión de Revisión, resolvió lo siguiente: "... Remitir a la Dirección General del Instituto la presente Acta y los Pliegos desarrollados, para que se disponga a la Gestión de Compras Públicas, publique en el portal de Compras Públicas los pliegos del proceso de CONTRATACIÓN EN EL EXTERIOR N° PE-ISSPOL-01-2023, CUYO OBJETO ES LA "CONTRATACIÓN DEL SERVICIO DE ASESORÍA LEGAL INTERNACIONAL, PATRICINIO, REPRESENTACIÓN JUDICIAL Y RECUPERACIÓN DE CAPITALES Y/O VALORES INVERTIDOS A FAVOR DEL ISSPOL EN ELEXTERIOR(...)". En base a los antecedentes mencionados, me permito trasladar a usted, la mencionada Acta, y los pliegos del proceso de contratación elaborados por la Comisión, con el fin de que, su autoridad autorice los mismos, los traslade a la Dirección Administrativa del ISSPOL; y, se disponga a la Gestión de Compras Públicas, se publiquen los pliegos en el portal de Compras Públicas. (...)".

Mediante Oficio Nro. ISSPOL-DEF-IN-2023-0188-I-OF de 20 de marzo de 2023, la Comisión Técnica remite el ACTA NRO. 02 ACTA DE PREGUNTAS, RESPUESTAS Y ACLARACIONES DEL PROCESO DE CONTRATACIÓN EN EL EXTERIOR N° PE-ISSPOL-01-2023, CUYO OBJETO ES LA *"CONTRATACIÓN DEL SERVICIO DE ASESORÍA LEGAL INTERNACIONAL, PATROCINIO, REPRESENTACIÓN JUDICIAL Y RECUPERACIÓN DE CAPITALES Y/O VALORES INVERTIDOS A FAVOR DEL ISSPOL EN EL EXTERIOR"* que en su parte pertinente manifiesta lo siguiente: *"Según el cronograma establecido en los pliegos del antes referido proceso, me permito hacerle llegar el acta Nro. 02 ACTA DE PREGUNTAS, RESPUESTAS Y ACLARACIONES DEL PROCESO DE CONTRATACIÓN EN EL EXTERIOR N° PE-ISSPOL-01-2023, CUYO OBJETO ES LA "CONTRATACIÓN DEL SERVICIO DE ASESORÍA LEGAL INTERNACIONAL, PATROCINIO, REPRESENTACIÓN JUDICIAL Y RECUPERACIÓN DE CAPITALES Y/O VALORES INVERTIDOS A FAVOR DEL ISSPOL EN EL EXTERIOR"; en el cual la Comisión de Revisión del proceso resuelve lo siguiente: "... Disponer al Sr. Ing. Mauricio Torres Arteaga, Secretario de la Comisión, que se ponga en conocimiento de la presente Acta a la Srta. Abg. Andrea Velarde Cartagenova, Jefe de Compras Públicas del ISSPOL, a fin de que se remita las respuestas a las aclaraciones solicitadas por el oferente.(...)", y menciona también: "Del mismo modo, me permito informar a usted que*

---

**"Desde el principio hasta el fin, siempre hay alguien que te protege"**

Dirección: Av. De los Shyris N 39-67 y el Telégrafo

email: juridico@isspol.org.ec

Telf: 022-266-024   022-266-026

Ext:0000

ISO- 9001   Pág. 8 de 28

SGS



**INSTITUTO DE SEGURIDAD SOCIAL
DE LA POLICÍA NACIONAL**

CÓDIGO: RG/005
REVISIÓN: 1
FECHA: 02/01/2018

**ASESORÍA JURÍDICA**

*mediante correo electrónico de 20 de marzo de 2023, se procedió a remitir el acta al proveedor, prueba de lo actuado se adjunta el correo electrónico mencionado".*

Mediante Oficio Nro. ISSPOL-DEF-IN-2023-0193-I-OF de 22 de marzo de 2023, enviado por el señor Presidente de la Comisión Sr. Econ. Jorge Guillermo Velez Medranda JEFE DE INVERSIONES ISSPOL menciona: *"Según el cronograma establecido en los pliegos del antes referido proceso, me permito hacerle llegar el acta Nro. 03 ACTA DE RECEPCIÓN Y APERTURA DE OFERTAS DEL PROCESO DE CONTRATACIÓN EN EL EXTERIOR N° PE-ISSPOL-01-2023, CUYO OBJETO ES LA "CONTRATACIÓN DEL SERVICIO DE ASESORÍA LEGAL INTERNACIONAL, PATROCINIO, REPRESENTACIÓN JUDICIAL Y RECUPERACIÓN DE CAPITALES Y/O VALORES INVERTIDOS A FAVOR DEL ISSPOL EN EL EXTERIOR";* en el cual la Comisión de Revisión del proceso resuelve: *"... Solicitar a la Gestión de Compras Públicas del proceso, se notifique a través del portal de Compras Públicas, la apertura de la oferta, con la finalidad de cumplir con el calendario establecido en este proceso y continuar con la siguiente etapa del procedimiento precontractual.(...)"* y refiere también: *"En base al antecedente mencionado, me permito solicitar a usted se notifique a través del portal de Compras Públicas, la apertura de la oferta, con la finalidad de cumplir con el calendario establecido en este proceso y continuar con la siguiente etapa de procedimiento precontractual".*

Mediante Oficio Nro. ISSPOL-DEF-IN-2023-0199-I-OF de 23 de marzo de 2023 enviado por el señor Presidente de la Comisión Sr. Econ. Jorge Guillermo Velez Medranda JEFE DE INVERSIONES ISSPOL enviado al Director General del ISSPOL manifiesta lo siguiente: *"Según el cronograma establecido en los pliegos del antes referido proceso, me permito hacerle llegar el acta Nro. 04 ACTA DE EVALUACIÓN, SOLICITUD DE CONVALIDACIONES Y CALIFICACIÓN DEL PROCESO DE CONTRATACIÓN EN EL EXTERIOR N° PE-ISSPOL-012023, CUYO OBJETO ES LA "CONTRATACIÓN DEL SERVICIO DE ASESORÍA LEGAL INTERNACIONAL, PATROCINIO, REPRESENTACIÓN JUDICIAL Y RECUPERACIÓN DE CAPITALES Y/O VALORES INVERTIDOS A FAVOR DEL ISSPOL EN EL EXTERIOR"; en el cual la Comisión de Revisión del proceso resuelve lo siguiente: "...NOTIFICAR al señor Director General con el contenido de la presente acta, y sobre la base de la revisión técnica, financiera y legal realizada a la oferta presentada por el oferente, misma esta cumple con los parámetros establecidos en los pliegos y es beneficiosa para los intereses institucionales RECOMENDAR al señor Director General ACOJA el contenido de la presente acta y ADJUDIQUE al oferente Promesa de Consorcio Expertise Abogados Cía. Ltda. – Gideon Fisher & Co., quien deberá presentar la documentación habilitante para la firma del contrato respectivo en el tiempo señalado.(...)", y además dice: "En base al antecedente mencionado, me permito trasladar y notificar a su autoridad el contenido del acta Nro. 04 del proceso de contratación pública mencionado; y se adjudique el proceso DE CONTRATACIÓN EN EL EXTERIOR N° PE-ISSPOL-01-2023, CUYO OBJETO ES LA "CONTRATACIÓN DEL SERVICIO DE ASESORÍA LEGAL INTERNACIONAL, PATROCINIO, REPRESENTACIÓN JUDICIAL Y RECUPERACIÓN DE CAPITALES Y/O VALORES INVERTIDOS A FAVOR DEL ISSPOL EN EL EXTERIOR" al oferente Promesa de Consorcio Expertise Abogados Cía. Ltda. - Gideon Fisher & Co. Conformado por EXPERTISEADVISOR ABOGADOS CIA. LTDA. con RUC Nro. 1792356709001 y G.D. FISHER con Identificación Nro. 513253161";*

Mediante Memorando Nro. ISSPOL-DG-2023-2289-I-ME de 26 de marzo de 2023, suscrito por el Director General del ISSPOL manifiesta lo siguiente: *"Reciba un cordial saludo adjunto a la presente el Oficio No. ISSPOL-DEF-IN-2023-0199-I-O, de 24 de marzo de 2023, firmado por el señor Jefe de Inversiones, mismo*

| "Desde el principio hasta el fin, siempre hay alguien que te protege" | | |
|---|---|---|
| | Telf: 022-266-024 | 022-266-026 |
| Dirección: Av. De los Shyris N 39-67 y el Telégrafo | Ext:0000 | |
| email: juridico@isspol.org.ec | ISO- 9001 | Pág. 9 de 28 |





**INSTITUTO DE SEGURIDAD SOCIAL
DE LA POLICÍA NACIONAL**

CÓDIGO: RG/005
REVISIÓN: 1
FECHA: 02/01/2018

---

**ASESORÍA JURÍDICA**

---

*que anexa el Acta Nro. 04, y conforme manifiesta "(...) la comisión de revisión resuelve lo siguiente: "...NOTIFICAR al señor Director General con el contenido de la presente acta, y sobre la base de la revisión técnica, financiera y legal realizada a la oferta presentada por el oferente, misma esta cumple con los parámetros establecidos en los pliegos y es beneficiosa para los intereses institucionales RECOMENDAR al señor Director General ACOJA el contenido de la presente acta y ADJUDIQUE al oferente Promesa de Consorcio Expertise Abogados Cía. Ltda. – Gideon Fisher & Co., quien deberá presentar la documentación habilitante para la firma del contrato respectivo en el tiempo señalado.(...)", y menciona: "Con este antecedente y dentro del ámbito de sus competencia y responsabilidades sírvase realizar el control previo por tal razón el suscrito aprueba lo solicitado por tal razón sírvase continuar con el trámite correspondiente y adjudique el proceso DE CONTRATACIÓN EN EL EXTERIOR N° PE-ISSPOL-01-2023, CUYO OBJETO ES LA "CONTRATACIÓN DEL SERVICIO DE ASESORÍA LEGAL INTERNACIONAL, PATROCINIO, REPRESENTACIÓN JUDICIAL Y RECUPERACIÓN DE CAPITALES Y/O VALORES INVERTIDOS A FAVOR DEL ISSPOL EN EL EXTERIOR" al oferente Promesa de Consorcio Expertise Abogados Cía. Ltda. - Gideon Fisher & Co. conformado por EXPERTISEADVISOR ABOGADOS CIA. LTDA. Con RUC Nro. 1792356709001 y G.D. FISHER con Identificación Nro. 513253161".*

En las controversias internacionales cuyo derecho aplicable es el extranjero, la participación conjunta de abogados nacionales e internacionales contribuiría a una defensa técnica, ágil y efectiva logrando una mayor eficiencia y consecuente reducción en los costos para el ISSPOL.

Para el ISSPOL representa una necesidad institucional imperante el contar con el servicio de asesoría y patrocinio internacional para la institución, lo cual se encuentra jurídica y técnicamente justificado en el Informe de Determinación de Necesidad I-OF-2022-136-AJ-ISSPOL de 20 de diciembre de 2022 a través del cual se desprende que el ISSPOL no dispone en su talento humano abogados acreditados para litigar fuera del Ecuador y que existen procesos iniciados en el extranjero que NO pueden estar en indefensión, mismos que son:

| Objetivos | Proceso | País | Detalle sobre activos confiscados o congelados |
|---|---|---|---|
| John Luzuriaga Aguinaga | Conspiración para cometer lavado de dinero | Estados Unidos | |
| Jorge Chérrez Miño | Conspiración para cometer lavado de dinero | Estados Unidos | La justicia de Estados Unidos confiscó varios de sus activos por un monto aproximado de $125.000.000,00. |
| Luis Álvarez Villamar | Conspiración para cometer lavado de dinero | Estados Unidos | |
| Citibank New York | | Estados Unidos | Este banco congeló de manera unilateral $40.000.000,00 que están vinculados a una de las empresas de Jorge Chérrez Miño. |

*"Desde el principio hasta el fin, siempre hay alguien que te protege"*

Dirección: Av. De los Shyris N 39-67 y el Telégrafo

email: juridico@isspol.org.ec

Telf: 022-266-024      022-266-026

Ext:0000

ISO- 9001          Pág. 10 de 28



**INSTITUTO DE SEGURIDAD SOCIAL
DE LA POLICÍA NACIONAL**

CÓDIGO: RG/005
REVISIÓN: 1
FECHA: 02/01/2018

**ASESORÍA JURÍDICA**

A través de RESOLUCIÓN Nro. DG-CP-012-2023 de 28 de marzo de 2023 el señor Director General del ISSPOL adjudicó a la Promesa de Consorcio Expertise Abogados Cía. Ltda. - Gideon Fisher & Co. conformado por EXPERTISEADVISOR ABOGADOS CIA. LTDA. Con RUC Nro. 1792356709001 y G.D. FISHER con Identificación Nro. 513253161.

El señor Subprocurador General del Estado mediante Oficio N. 01628 de 5 de abril de 2023, autoriza al ISSPOL pactar arbitraje internacional, y dice:

*"De conformidad con el análisis realizado y en virtud de lo dispuesto en las normas citadas en el segundo acápite de este oficio, en particular el artículo 190 de la Constitución de la República del Ecuador; artículos 4, 41 y 42 de la Ley de Arbitraje y Mediación, y artículo 11 de la Ley Orgánica de la Procuraduría General del Estado, se autoriza al Instituto De Seguridad Social De La Policía Nacional a pactar arbitraje internacional en el Contrato que suscribiría con el Consorcio Jurídico Gideon Fisher & Co y Expertise."*

**CLAUSULA TERCERA: DOCUMENTOS DEL CONTRATO**

Forman parte integrante del Contrato los siguientes documentos:

**a)** Los términos de referencia del proceso de contratación.
**b)** El pliego incluyendo los términos de referencia que correspondan al servicio contratado.
**c)** La oferta presentada por LA CONTRATISTA, junto con todos sus documentos que la conforman.
**d)** La certificación presupuestaria No. CeP-000024-23 de 15 de marzo de 2023, firmado electrónicamente por la señora Directora Económica Financiera y Jefe de presupuesto, quienes acreditan la existencia de la partida presupuestaria y los recursos necesarios.
**e)** La Resolución de inicio Procedimiento Nro. DG-CP-011-2023, 16 de marzo del 2023, firmado electrónicamente por el señor Director General del ISSPOL, resuelve aprobar los pliegos, el cronograma, y en consecuencia autorizar el inicio del procedimiento de contratación con Código No. PE-ISSPOL-01-2023.
**f)** La RESOLUCIÓN Nro. DG-CP-012-2023 de 28 de marzo de 2023 firmada electrónicamente por el señor Director General del ISSPOL
**g)** Oficio N. 01628 de 5 de abril de 2023, suscrito por el Subprocurador General del Estado.
**h)** Los documentos que acreditan la calidad de los comparecientes y su capacidad para celebrar el contrato.

**CLÁUSULA CUARTA. - OBJETIVOS DEL CONTRATO**

El presente contrato tiene como propósito contar con una firma de abogados internacional que se encargue de identificar, ubicar y conseguir la restitución a favor del ISSPOL, de todos aquellos recursos,

*"Desde el principio hasta el fin, siempre hay alguien que te protege"*

Dirección: Av. De los Shyris N 39-67 y el Telégrafo

email: juridico@isspol.org.ec

Telf: 022-266-024    022-266-026

Ext:0000

ISO- 9001    Pág. 11 de 28

ISO 9001 SGS



## INSTITUTO DE SEGURIDAD SOCIAL
## DE LA POLICÍA NACIONAL

CÓDIGO: RG/005
REVISIÓN: 1
FECHA: 02/01/2018

---

**ASESORÍA JURÍDICA**

---

capitales y/o valores que se encuentran en el exterior y que legítimamente le pertenecen a la Institución, y que fueron malversados en diferentes operaciones en detrimento de su patrimonio.

Para el desarrollo de esta gestión el CONTRATISTA cumplirá con los siguientes requerimientos, acorde a la naturaleza de la gestión a realizarse:

• Contar con patrocinadores externos especializados, que asuman la defensa del ISSPOL en el exterior, para interponer las acciones judiciales o extrajudiciales necesarias para conseguir la recuperación de recursos, capitales y/o fondos que le pertenecen al ISSPOL, y que se encuentran dispersos en múltiples jurisdicciones en distintos países.

• Contar con asesoría jurídica en el exterior, que permita iniciar las acciones en contra de todos los demandados, conspiradores y/o terceras partes que hayan facilitado la malversación de fondos mediante prácticas corruptas, ya sea a través de litigio, arbitraje o mediación.

• Tener a abogados acreditados en todas las jurisdicciones que fueran necesarias alrededor del mundo, para que representen los intereses del ISSPOL ante cualquier organismo, con el fin de que los fondos y/o capitales que le pertenecen al ISSPOL puedan volver a su dominio y control, es decir una recuperación eficaz .

• Asesoramiento jurídico internacional, con los más altos estándares que este servicio requiere, dentro de las mejores prácticas internacionales, con probidad y responsabilidad, siempre precautelando los intereses del ISSPOL.

• Acceder a las mejores opciones de asesoría, acompañamiento, investigación y representación en el ámbito jurídico, para la consecución del objeto de la presente contratación.

• Solicitar la restitución, en nombre del ISSPOL, a la Corte Federal de Estados Unidos respectiva y/o al Departamento de Justicia de Estados Unidos, o sus agencias, así como cualquier jurisdicción o país, por los delitos cometidos.

• Confirmar el estado del ISSPOL como víctima, en los casos criminales que sigue EE. UU; asimismo en los posibles procedimientos civiles de decomiso de activos, con el fin de recuperar activos congelados o recuperados por el Departamento de Justicia de ese país o en cualquier jurisdicción o país.

• El ámbito de la representación incluye la recuperación de capitales y/o valores que se encuentran congelados por la justicia de EE. UU,  City Bank y cualquier otra institución o persona natural o jurídica, así como también el rastreo, ubicación, recuperación y repatriación de capitales y/o valores que hasta el momento se encuentran ocultos.

• Generar estrategias de defensa institucional en favor del ISSPOL, con miras a recuperar los recursos que fueron malversados en detrimento de su patrimonio y que se encuentran en el exterior.

---

| "Desde el principio hasta el fin, siempre hay alguien que te protege" | | |
|---|---|---|
| | Telf: 022-266-024 | 022-266-026 |
| Dirección: Av. De los Shyris N 39-67 y el Telégrafo | Ext:0000 | |
| email: juridico@isspol.org.ec | ISO- 9001 | Pág. 12 de 28 |



**INSTITUTO DE SEGURIDAD SOCIAL
DE LA POLICÍA NACIONAL**

CÓDIGO: RG/005
REVISIÓN: 1
FECHA: 02/01/2018

**ASESORÍA JURÍDICA**

•Conseguir determinar la naturaleza de las acciones que deberá interponer el ISSPOL con miras a la recuperación de sus recursos, considerando estrictamente las medidas útiles y necesarias para tal efecto.

•     Disponer de una firma de abogados internacional, que actúe coordinadamente con el ISSPOL, poniendo a disposición su experiencia en la materia, para coadyuvar a que el ISSPOL maximice la recuperación de sus recursos, capitales y/o fondos, que han sido indebidamente distraídos.

•     Tener una estrategia de recuperación de fondos y/o capitales, que implique la implementación de mecanismos que eviten la disipación de activos, incluyendo, según corresponda, la obtención de medidas cautelares o conservatorias de aplicación global.

•     Que el ISSPOL tenga a su disposición, informes de estrategia legal, que le proporcione una radiografía fáctica y jurídica de los diferentes casos y planes de acción a ejecutar.

•Se verificará los indicios que se obtengan, para lograr identificar la ubicación de activos en otras jurisdicciones, originados en los fondos de ISSPOL.

•     Contar con una firma de abogados internacional con una vasta experiencia y con una plataforma global, que posibilite una estrategia coordinada y multijurisdiccional, a fin de maximizar las posibilidades de éxito y recuperación de fondos y/o capitales que se encuentran en el exterior.

•Conseguir en el extranjero, a través de su gestión, la obtención de sentencias o decisiones de autoridad competente de cualquier índole, en favor del ISSPOL, en las cuales se impongan sanciones de la naturaleza que corresponda a los responsables de la ejecución de los actos que afectaron a los recursos del ISSPOL.

•     Tener la participación de una firma de abogados internacional, en reuniones de trabajo que requiera el Administrador del Contrato, a fin de informar el estado y los avances conseguidos en las acciones implementadas.

**CLÁUSULA QUINTA. – METODOLOGÍA Y PRODUCTOS DE LA CONTRATACION**

**METODOLOGÍA**

**ETAPA 1: INVESTIGACIÓN Y ANÁLISIS**

• La firma de abogados internacional empezará el proceso de investigación y análisis para lo cual, realizará una evaluación completa y exhaustiva, que permita conocer el modus operandi de las operaciones que se realizaron en contra de los fondos del ISSPOL, a fin de lograr seguir la ruta del dinero, así como para ubicar ya sea a las personas directas o indirectas y/o valores del ISSPOL.

| "Desde el principio hasta el fin, siempre hay alguien que te protege" | | |
|---|---|---|
| | Telf: 022-266-024 | 022-266-026 |
| Dirección: Av. De los Shyris N 39-67 y el Telégrafo | Ext:0000 | |
| email: juridico@isspol.org.ec | ISO- 9001 | Pág. 13 de 28 |



**INSTITUTO DE SEGURIDAD SOCIAL**
**DE LA POLICÍA NACIONAL**

CÓDIGO: RG/005
REVISIÓN: 1
FECHA: 02/01/2018

## ASESORÍA JURÍDICA

- La firma de abogados internacional deberá establecer, a través del estudio de cada caso, la estrategia más efectiva, así como las acciones a ejecutar dentro de las investigaciones y los respectivos procesos que se inicien, debiendo además identificar la necesidad de que estas sean efectuadas en distintas jurisdicciones al mismo tiempo.

- Se realizará una investigación para conocer el destino de los fondos e identificar recursos o activos ocultos. Con esto, se realizará un informe para que el ISSPOL pueda utilizarlo en los casos nacionales o internacionales.

- Analizar la información obtenida en registros públicos y privados, incluyendo registros corporativos, para ubicar los diversos activos distraídos o adquiridos por los implicados producto de sus actividades fraudulentas

- Identificar activos prioritarios o de alto valor.

- Sopesar con el ISSPOL los hallazgos y realizar una evaluación legal, a fin de identificar los mecanismos legales disponibles para conseguir los objetivos del presente contrato.

- Diseñar la estrategia legal, con la cual, a través de una hoja de ruta y un plan de acción, maximice el resultado respecto a la recuperación de capitales y/o valores a favor del ISSPOL.

- Describir la ubicación y los montos de los capitales y/o valores identificados, deberá identificar los pasos necesarios para recuperar exitosamente los activos localizados, para lo cual deberá presentar la estrategia debidamente estructurada sobre los activos ubicados, de la misma forma en mencionado informe deberá contener cada punto antes mencionado evidenciando el trabajo realizado.

- En caso de que existan valores o activos detectados, se procederá inmediatamente aplicar la estrategia legal para propender la recuperación de los recursos de propiedad del ISSPOL.

**ETAPA 2: EJECUCIÓN DE LAS ESTRATEGIAS DISEÑADAS**

a) La firma de abogados internacional, contratado deberá comparecer ante las autoridades competentes, en representación del Director General del ISSPOL, quien a su vez ejerce la representación legal del Instituto, durante todas las diligencias que sean necesarias y actuará, ya sea mediante escritos o de forma personal/presencial, por sí mismo o por medio del equipo de trabajo y/o de los abogados autorizados en las diferentes jurisdicciones, ante las instancias pertinentes.

*"Desde el principio hasta el fin, siempre hay alguien que te protege"*

Dirección: Av. De los Shyris N 39-67 y el Telégrafo

email: juridico@isspol.org.ec

Telf: 022-266-024      022-266-026

Ext:0000

ISO- 9001          Pág. 14 de 28

SGS



**INSTITUTO DE SEGURIDAD SOCIAL
DE LA POLICÍA NACIONAL**

CÓDIGO: RG/005
REVISIÓN: 1
FECHA: 02/01/2018

---

### ASESORÍA JURÍDICA

b) Intervenir en los procesos cualquier naturaleza a su cargo, con la debida diligencia, ética profesional y eficiencia, con el objeto de que todas las actuaciones a su cargo tiendan a ser favorables al ISSPOL.

c) Iniciar acciones judiciales, extrajudiciales y/o de mediación en las jurisdicciones o países que sean necesarios, con la finalidad de conseguir la recuperación de capitales y/o valores a favor del ISSPOL.

d) Comparecer y litigar en las acciones que han sido iniciadas en los tribunales en representación del ISSPOL, que comprenderá: alegatos, presentaciones, audiencias, descubrimientos y representación judicial y extrajudicial.

e) Prevenir la disipación de activos mediante la ejecución de medidas cautelares o conservatorias de aplicación global, órdenes de divulgación de información, procedimientos de insolvencia o medidas similares.

f) Actuar con todas las medidas legales, en la defensa de los intereses del ISSPOL, en el marco de los distintos ordenamientos jurídicos que se requieran y deberá contar con los contactos estratégicos, facilidades y logística necesaria para que sus gestiones se realicen en cualquier jurisdicción donde se localicen capitales y/o valores pertenecientes al ISSPOL.

g) Restituir los capitales y/o valores a las cuentas del ISSPOL.

h) La firma de abogados internacional contratado, mediante un informe ejecutivo informará al ISSPOL, sobre las acciones efectuadas, en las diferentes instancias de los procesos judiciales, extrajudiciales, arbitrales o de cualquier índole en los que actúe como parte demandante para la recuperación de sus activos.

i) Como parte de la metodología de ejecución del servicio, se ha previsto la presentación de un informe mensual los primeros 10 días de cada mes el cual será explicado con una reunión mensual, con el Administrador del contrato, con el fin de mantener plenamente informadas a las autoridades del Instituto respecto de la ejecución, avances y resultados del servicio contratado. De dichas reuniones, el contratista deberá generar y entregar la respectiva acta con la constancia de la fecha de la reunión, los asistentes, los puntos tratados y/o acordados.

**PRODUCTOS DE LA CONTRATACIÓN**

**ETAPA 1.- INVESTIGACIÓN Y ANÁLISIS**

---

| "Desde el principio hasta el fin, siempre hay alguien que te protege" | | |
|---|---|---|
| | Telf: 022-266-024 | 022-266-026 |
| Dirección: Av. De los Shyris N 39-67 y el Telégrafo | Ext:0000 | |
| email: juridico@isspol.org.ec | ISO- 9001 | Pág. 15 de 28 |

SGS



# INSTITUTO DE SEGURIDAD SOCIAL
# DE LA POLICÍA NACIONAL

CÓDIGO: RG/005
REVISIÓN: 1
FECHA: 02/01/2018

## ASESORÍA JURÍDICA

- **PRODUCTO 1:** A los quince días luego de la suscripción del contrato, se deberá presentar un informe en el cual se hará constar la propuesta metodológica del trabajo a realizarse, dirigidas a la investigación y análisis para lograr la localización de recursos y/o activos que permitan la recuperación de los recursos del ISSPOL, en el que se incluya todas las variables que sean técnicamente aplicables según la naturaleza de las acciones emprendidas.

En el caso de existir activos ya detectados, dentro de este producto informará las acciones a seguir para la recuperación de dichos recursos, como requisito de entrega de este y los demás productos se deberá tomar en cuenta la metodología mencionada en este documento.

- **PRODUCTO 2:** El Segundo informe se deberá presentar a los cien días luego de la suscripción del contrato, en dicho informe se deberá describir la ubicación y los montos de los capitales y/o valores identificados, deberá identificar los posibles pasos necesarios para recuperar exitosamente los activos localizados, para lo cual deberá presentar la estrategia debidamente estructurada sobre los activos ubicados, de la misma forma en mencionado informe deberá contener cada punto antes mencionado evidenciando el trabajo realizado, con el fin de lograr una efectiva recuperación de capitales y/o bienes a favor del ISSPOL, como: acudir a las diferentes diligencias, acompañar y asesorar en todos los funcionarios del ISSPOL, en caso de que sea necesaria su comparecencia, realizar petitorios para las diligencias pertinentes ante cualquier entidad pública o privada, entre otras.

- Cabe indicar que cualquier operación localizada, sobre la cual se vaya a iniciar un proceso de recuperación ya sea por vía judicial o extrajudicial (negociaciones y/o mediación) o cualquier vía legal prevista en el ordenamiento jurídico, el contratista deberá solicitar la autorización por parte el Director General de ISSPOL o administrador de contrato, quien de mediar requerimiento fundamentado atenderá al CONTRATISTA en el término de 1 día hábil, en su defecto se entenderá como positiva.

**ETAPA 2.- EJECUCIÓN DE LAS ESTRATEGIAS DISEÑADAS**

a) **PRODUCTO 3:** En esta etapa la firma de abogados internacional, deberá en los 180 días plazo contados desde la suscripción del contrato, presentar un Informe sobre los pasos necesarios a seguir para recuperar exitosamente los activos localizados, para lo cual deberá presentar la estrategia debidamente estructurada sobre los activos ubicados, así como la hoja de ruta y plan de acción.

Asimismo, este informe deberá estar soportado por un análisis jurídico de cada proceso o estrategia que se deba implementar para cumplir el objetivo. El plan deberá identificar la propuesta del consorcio contratado, respecto a la vía judicial o extrajudicial a seguir, así como incluir el cronograma de las acciones a implementar, la indicación de las pericias que puedan ser necesarias y la elaboración de los documentos que el representante legal deba suscribir para iniciar las acciones y todos los actos necesarios y pertinentes para la ejecución de la estrategia planteada.

"Desde el principio hasta el fin, siempre hay alguien que te protege"

| | Telf: 022-266-024 | 022-266-026 | |
| Dirección: Av. De los Shyris N 39-67 y el Telégrafo | Ext:0000 | | |
| email: juridico@isspol.org.ec | ISO- 9001 | Pág. 16 de 28 | |



**INSTITUTO DE SEGURIDAD SOCIAL
DE LA POLICÍA NACIONAL**

CÓDIGO: RGA005
REVISIÓN: 1
FECHA: 02/01/2018

**ASESORÍA JURÍDICA**

De la misma forma en mencionado informe deberá contener cada punto antes mencionado evidenciando el trabajo realizado, con el fin de lograr una efectiva recuperación de capitales y/o bienes a favor del ISSPOL, como: acudir a las diferentes diligencias, acompañar y asesorar en todos los funcionarios del ISSPOL, en caso de que sea necesaria su comparecencia, realizar petitorios para las diligencias pertinentes ante cualquier entidad pública o privada, entre otras.

En el caso de implementarse la vía extrajudicial, se emitirá un informe de las actividades, así como gestiones realizadas a fin de conseguir la recuperación de capitales y/o valores a favor del ISSPOL.

Además, en el informe en mención se deberá detallar los capitales y/o activos que hasta la suscripción del contrato se mantienen ocultos y que, con la gestión de la firma de abogados internacional, hayan podido localizarse.

Cabe indicar que cualquier operación localizada, sobre la cual se vaya a iniciar un proceso de recuperación ya sea por vía judicial o extrajudicial (negociaciones y/o mediación) o cualquier vía legal prevista en el ordenamiento jurídico, el contratista deberá solicitar la autorización por parte el Director General de ISSPOL o administrador de contrato, quien de mediar requerimiento fundamentado atenderá al CONTRATISTA en el término de 1 día hábil, en su defecto se entenderá como positiva.

**INFORMES MENSUALES**

Para el seguimiento de estas acciones se presentarán adicionalmente informes mensuales con lo cual se evidencia la gestión realizada respecto a la recuperación de activos, capitales en el exterior a favor del ISSPOL, mencionados informes deberán ser presentados los 10 primeros días de cada mes al administrador del contrato, a más de ello el contratista deberá presentar todos los informes que sean requeridos por el administrador del contrato. El primer informe será presentado hasta el 10 de mayo de 2023. Estos informes serán presentados en la forma y con toda la documentación habilitante señalada en la cláusula FORMA DE PAGO, siendo esta:

- Los informes que se presenten deberán ser presentados en inglés o español con su debida traducción al español de ser necesaria y firmados electrónicamente.

- Los informes presentados por el contratista deberán contener los parámetros determinados: antecedentes, condiciones operativas y avances, liquidación económica, liquidación de plazos, constancia del servicio de ser pertinente.

- Los informes deberán ser presentados en la fecha determinada, so pena de aplicación de multa por retrasos injustificados.

- Cumplir con las condiciones, así como la metodología para el respectivo cumplimiento.

| "Desde el principio hasta el fin, siempre hay alguien que te protege" | | |
| --- | --- | --- |
| | Telf: 022-266-024 | 022-266-026 |
| Dirección: Av. De los Shyris N 39-67 y el Telégrafo | Ext:0000 | |
| email: juridico@isspol.org.ec | ISO- 9001 | Pág. 17 de 28 |



**INSTITUTO DE SEGURIDAD SOCIAL
DE LA POLICÍA NACIONAL**

| CÓDIGO: RG/005 |
| REVISIÓN: 1 |
| FECHA: 02/01/2018 |

**ASESORÍA JURÍDICA**

- Los informes de recuperación deberán contener un detalle de todas las actividades realizadas para lograr la recuperación de los valores a favor del ISSPOL, para lo cual se deberá adjuntar los documentos de respaldo ya sea originales o copias certificadas.

- Una vez la documentación este aprobada por el Administrador del Contrato, el contratista presentará la factura del servicio y se iniciará el proceso pago correspondiente.

**CLÁUSULA SEXTA. - PRECIO DEL CONTRATO**

El presupuesto referencial para el pago de un HONORARIO FIJO, de la presente contratación asciende a USD 1 140.000,00 (UN MILLÓN CIENTO CUARENTA MIL DÓLARES DE LOS ESTADOS UNIDOS DE AMERICA 00/100 CENTAVOS) sin IVA.

En caso de que el contratista efectué una recuperación, de los valores que se encuentran localizados ( como constan señalados en el detalle de la cláusula segunda de este Instrumento), así como de cualquier inversión o recursos en el exterior sobre los cuales hayan sido de conocimiento público así como del ISSPOL, en Estados Unidos consecuencia de las gestiones extrajudiciales, judiciales de última instancia, administrativas, arbitrales y/o de cualquier índole legal, debidamente verificadas por el contratante, se reconocerá, además, un HONORARIO VARIABLE a favor del contratista del SIETE POR CIENTO (7%) sin incluir IVA, del valor efectivamente recuperado.

En caso de una recuperación de activos respecto de los cuales no se encuentren localizados o no hayan sido de conocimiento público o del ISSPOL y se encuentren en Estados Unidos o en cualquier jurisdicción del mundo y estos valores se logren ubicar y recuperar a través de gestiones extrajudiciales, judiciales de última instancia, administrativas, arbitrales y/o de cualquier índole legal, debidamente verificadas por el contratante, se reconocerá, además, un HONORARIO VARIABLE a favor del contratista del OCHO POR CIENTO (8%) sin incluir IVA, del valor efectivamente recuperado.

Para efectos del cobro de sus honorarios, la contratista emitirá la respectiva factura una vez el administrador del contrato reciba a entera satisfacción los productos y servicios esperados, así como el respectivo informe de recuperación con el detalle de las actividades realizadas, así como el respaldo de los documentos que amparen la respectiva recuperación de valores a favor del ISSPOL.

**CLÁUSULA SEPTIMA. - FORMA DE PAGO**

Para el pago del HONORARIO FIJO, los productos y los informes deberán ser entregados el mismo día que se cumple el plazo independientemente de que sea feriado o fin de semana los cuales serán recibidos en forma digital con la respectiva firma electrónica al correo institucional del administrador del contrato o vía quipux.

| CONDICIONES DE PAGO | | | | |
|---|---|---|---|---|
| CONCEPTO | PRODUCTO | FECHA DE ENTREGA | VALOR | REQUISITO PAGO |

| "Desde el principio hasta el fin, siempre hay alguien que te protege" | Telf: 022-266-024    022-266-026 | |
| Dirección: Av. De los Shyris N 39-67 y el Telégrafo | Ext:0000 | |
| email: juridico@isspol.org.ec | ISO- 9001    Pág. 18 de 28 | SGS |



**INSTITUTO DE SEGURIDAD SOCIAL**
**DE LA POLICÍA NACIONAL**

| | | | |
|---|---|---|---|
| CÓDIGO: RGA005 | | | |
| REVISIÓN: 1 | | | |
| FECHA: 02/01/2018 | | | |

**ASESORÍA JURÍDICA**

| | | | | |
|---|---|---|---|---|
| **FASE 1** | Producto 1 | 15 días | $ 540.000 | Entrega de producto |
| **FASE 1** | Producto 2 | 100 días | $ 300.000 | Entrega de producto |
| **FASE 2** | Producto 3 | 180 días | $ 300.000 | Entrega de producto |
| | | **TOTAL** | $ 1´140.000,00 | |

*Los valores antes indicados no incluyen IVA.

LA CONTRATATISTA es un consorcio constituido en el extranjero que prestará servicios al ISSPOL fuera del territorio ecuatoriano, por lo tanto, sus facturas emitidas fuera del Ecuador por los servicios que preste no incluirán el Impuesto al Valor Agregado (IVA), que conforme la legislación ecuatoriana vigente tendrán la naturaleza de importaciones de servicios, por lo que el ISSPOL deberá liquidar y pagar el IVA en la declaración mensual que realice, estando obligado a emitir la correspondiente liquidación de compra de bienes y prestación de servicios, y a efectuar la retención del 100% del IVA generado, sin que LA CONTRATISTA sea objeto de disminución o afectación en el valor de sus honorarios por esta causa.

Las partes dejan constancia de que el ISSPOL, en aplicación de la normativa tributaria, deberá contar con los recursos para la liquidación y pago del IVA de forma adicional al valor de los honorarios de LA CONTRATISTA y que la retención se efectuará sobre la liquidación de compra de bienes y prestación de servicios que realice, en la que incluya el IVA.

Los pagos de honorarios que realice el ISSPOL a LA CONTRATISTA serán considerados como ingresos gravables de no residentes, por lo que, pagarán la tarifa general prevista para sociedades sobre dicho ingreso gravable, que será objeto de retención en fuente por el ISSPOL que deberá entregar el correspondiente certificado de retención dentro de los cinco días posteriores a la recepción de la factura de LA CONTRATISTA.

En caso de que LA CONTRATISTA efectué una recuperación, de los valores que se encuentran localizados (como constan señaladas en el detalle de la cláusula segunda de este documento), así como de cualquier inversión o recursos en el exterior sobre los cuales hayan sido del conocimiento público así como del ISSPOL, en Estados Unidos consecuencia de las gestiones extrajudiciales, judiciales de última instancia, administrativas, arbitrales y/o de cualquier índole legal, debidamente verificadas por el contratante, se reconocerá, además, un HONORARIO VARIABLE a favor de LA CONTRATISTA del SIETE POR CIENTO (7%) sin incluir IVA, del valor o activo efectivamente recuperado.

En caso de una recuperación de activos respecto de los cuales no se encuentren localizados o no hayan sido de conocimiento público o del ISSPOL y se encuentren en Estados Unidos o en cualquier jurisdicción del mundo y estos valores se logren ubicar y recuperar a través de gestiones extrajudiciales, judiciales de última instancia, administrativas, arbitrales y/o de cualquier índole legal, debidamente verificadas por el contratante, se reconocerá, además, un HONORARIO VARIABLE a favor del contratista del OCHO POR CIENTO (8%) sin incluir IVA, del valor efectivamente recuperado.

| | | |
|---|---|---|
| "Desde el principio hasta el fin, siempre hay alguien que te protege" | Telf: 022-266-024    022-266-026 | |
| Dirección: Av. De los Shyris N 39-67 y el Telégrafo | Ext:0000 |  |
| email: juridico@isspol.org.ec | ISO- 9001    Pág. 19 de 28 | |



**INSTITUTO DE SEGURIDAD SOCIAL**
**DE LA POLICÍA NACIONAL**

CÓDIGO: RG/005
REVISIÓN: 1
FECHA: 02/01/2018

**ASESORÍA JURÍDICA**

En el caso de que el contratista haya realizado las gestiones de recuperación debidamente comprobadas y para ello el ISSPOL haya tenido que cancelar el valor correspondiente al porcentaje del Honorario variable, en el caso de que, por acciones judiciales futuras por parte de terceros interesados, esa recuperación haya sido despojada de las cuentas del ISSPOL ya sea por alguna medida de retención, inmovilización o de cualquier índole legal y/o financiera, se pierda la titularidad de la misma, el contratista se obliga a devolver al ISSPOL el 50% de lo pagado por concepto de honorario variable, se exceptúa la obligación de la Contratista en todos los casos en que el despojo del dinero en las cuentas del ISSPOL sea el resultado de la negligencia del Instituto tales como no haber contestado peticiones de jueces nacionales o extranjeros o por no concurrir a procesos judiciales o administrativos en los que se hayan podido dictar medidas en tal sentido o no contar con defensas técnicas para dichos procesos.

La documentación habilitante para el pago una vez se presenten los informes ya sea por la entrega de productos y/o recuperación efectiva deberán contener como mínimo lo siguiente:

- Los informes que se presenten deberán ser presentados en inglés o español con su debida traducción al español de ser necesaria y firmados electrónicamente.

- Los informes presentados por el contratista deberán contener los parámetros determinados: antecedentes, condiciones operativas y avances, liquidación económica, liquidación de plazos, constancia del servicio de ser pertinente.

- Los informes deberán ser presentados en la fecha determinada, so pena de aplicación de multa por retrasos injustificados. Para el caso de pago de honorario variable, el plazo para la presentación de dicho informe será de 20 días contado a partir de la fecha en la cual se declare la restitución o de los activos a favor del ISSPOL.

- Cumplir con las condiciones, así como la metodología para el respectivo cumplimiento.

- Los informes de recuperación deberán contener un detalle de todas las actividades realizadas para lograr la recuperación de los valores a favor del ISSPOL, para lo cual se deberá adjuntar los documentos de respaldo ya sea originales o copias certificadas.

- Una vez la documentación este aprobada por el Administrador del Contrato, el contratista presentará la factura del servicio y se iniciará el proceso pago correspondiente.

**CLÁUSULA OCTAVA. - PLAZO**

El plazo de ejecución del contrato será de 2 años, contados a partir del día siguiente de suscripción del contrato.

La entidad contratante podrá suspender, por sí misma o por petición fundamentada de la firma de abogados internacional, la ejecución parcial o total del contrato por causa de fuerza mayor o caso fortuito

| "Desde el principio hasta el fin, siempre hay alguien que te protege" | Telf: 022-266-024 | 022-266-026 | |
|---|---|---|---|
| Dirección: Av. De los Shyris N 39-67 y el Telégrafo | Ext:0000 | | |
| email: juridico@isspol.org.ec | ISO- 9001 | Pág. 20 de 28 | |



**INSTITUTO DE SEGURIDAD SOCIAL**
**DE LA POLICÍA NACIONAL**

| CÓDIGO: RG/005 |
| REVISIÓN: 1 |
| FECHA: 02/01/2018 |

**ASESORÍA JURÍDICA**

debidamente justificadas, debiendo restablecer las actividades suspendidas tan pronto se haya superado la causa de fuerza mayor o caso fortuito.

El plazo total del contrato o los plazos establecidos para las etapas, podrán ser ampliados por la firma de abogados internacional, en casos de fuerza mayor o caso fortuito debidamente comprobado, así como también previa solicitud escrita, debidamente justificada y motivada.

El contrato podrá ser renovado por una vez en común acuerdo por las partes.

**CLÁUSULA NOVENA. - MULTAS**

Se aplicará a la firma de abogados internacional contratado una multa, por día, de uno por mil de la cuantía de cada producto no entregado, de darse un retraso en su entrega, excepto en el evento de caso fortuito o fuerza mayor, conforme lo prescrito en la Codificación del Código Civil Ecuatoriano, debidamente comprobado y aceptado por el Administrador del contrato, para lo cual se notificará a la entidad contratante dentro de las 48 horas subsiguientes de ocurridos los hechos.

Concluido este término, de no mediar dicha notificación, se entenderá como no ocurridos los hechos que alegue la firma de abogados internacional, como causa para la no ejecución contractual y se le impondrá la multa prevista anteriormente.

El ISSPOL queda autorizado por la firma de abogados internacional, para que haga efectiva la multa impuesta, de los valores que por este contrato le corresponde recibir sin requisito o trámite previo alguno. Si el valor de las multas excede del cinco por ciento (5%) del monto total del honorario fijo del contrato, el ISSPOL podrá dar por terminado anticipada y unilateralmente el contrato.

**CLÁUSULA DÉCIMA. - DE LA ADMINISTRACION DEL CONTRATO**

EL CONTRATANTE designa como Administrador del Contrato de la presente contratación a la señora Ab. Karen Burgos Mosquera, Asesora Jurídica del ISSPOL, conforme consta en la RESOLUCIÓN Nro. DG-CP012-2023 de 28 de marzo de 2023, quien deberá atenerse a las condiciones generales y particulares del pliego que forma parte del presente contrato, y velará por el cabal cumplimiento del mismo.

El CONTRATANTE podrá cambiar de administrador del contrato, para lo cual bastará remitir al CONTRATISTA, al administrador saliente y al nuevo administrador la respectiva comunicación; sin que sea necesaria la modificación del texto contractual.

Deberes del Administrador del Contrato. - El Administrador debidamente designado, actúa a nombre y en representación del CONTRATANTE durante la vigencia del contrato y tendrá los siguientes deberes:

**a)** Exigir al contratista el cumplimiento del contrato, los pliegos y más disposiciones.

| "Desde el principio hasta el fin, siempre hay alguien que te protege" | | |
|---|---|---|
| | Telf: 022-266-024 | 022-266-026 |
| Dirección: Av. De los Shyris N 39-67 y el Telégrafo | Ext:0000 | |
| email: juridico@isspol.org.ec | ISO- 9001 | Pág. 21 de 28 |



**INSTITUTO DE SEGURIDAD SOCIAL**
**DE LA POLICÍA NACIONAL**

CÓDIGO: RG/005
REVISIÓN: 1
FECHA: 02/01/2018

**ASESORÍA JURÍDICA**

**b)** Realizar un informe motivado y recomendar de manera expresa a la máxima autoridad o su delegado la autorización o negativa a la solicitud de prórroga efectuada por el contratista, y la suspensión de la ejecución del contrato por causas imputables a la entidad contratante.

**c)** Verificar el cumplimiento de las condiciones y características establecidas para cada producto, previo a su recepción y aprobación.

**d)** Verificar que el personal del contratista cumpla eficientemente con los requerimientos efectuados.

**e)** Recomendar a la máxima autoridad de la Institución contratante la terminación del contrato por cualquiera de las causales previstas en el mismo.

**f)** Realizar la liquidación económica del contrato.

**g)** Solicitar a la máxima autoridad del ISSPOL la autorización para efectuar pagos que correspondan por la entrega de productos, cumplimiento de condiciones o cumplimiento del contrato.

**h)** Elaborar y suscribir los informes para pago por producto y el acta definitiva de entrega-recepción.

**i)** Contestar dentro del plazo establecido en el contrato cualquier petición formulada por el contratista.

**j)** Elaborar el informe del estado actual del contrato á su cargo en caso de terminación de la relación laboral con el ISSPOL y solicitar la designación de un nuevo administrador. Como administrador saliente estará en la obligación de entregar al nuevo administrador todos los documentos originales, informes, detalle de productos recibidos, con la finalidad de dar continuidad a la contratación y las obligaciones adquiridas para el cierre y finalización del proceso en el portal institucional del SERCOP. Comunicar al contratista los cambios requeridos en la ejecución del contrato.

**CLÁUSULA DÉCIMA PRIMERA. - OBLIGACIONES DE LA CONTRATISTA**

Son obligaciones de la contratista las siguientes:

• Los oferentes deberán revisar los pliegos y términos de referencia a fin de cumplir con todos los requisitos solicitados. La omisión o descuido del oferente al revisar los documentos no le relevará de sus obligaciones con relación a su oferta.

• El Contratista se obliga a cumplir con el servicio requerido por el ISSPOL, a entera satisfacción del contratante, dentro de los plazos establecidos en el presente documento, que formará parte integrante del contrato respectivo.

• Dar cumplimiento cabal a lo establecido en el presente pliego de acuerdo a los términos y condiciones del contrato.

• Cumplir con las obligaciones establecidas en el contrato y en los documentos que forman parte integrante del mismo, en forma oportuna.

• Suscribir un Acta de Confidencialidad previo a recibir la documentación necesaria para la ejecución del contrato por parte de la entidad contratista.

• Ejecutar las actividades propuestas, de acuerdo con el contrato, los términos de referencia, la normativa legal vigente y demás documentos que formen parte del contrato.

| "Desde el principio hasta el fin, siempre hay alguien que te protege" | | | |
|---|---|---|---|
| | Telf: 022-266-024 | 022-266-026 | |
| Dirección: Av. De los Shyris N 39-67 y el Telégrafo | Ext:0000 | | |
| email: juridico@isspol.org.ec | ISO- 9001 | Pág. 22 de 28 | |



**INSTITUTO DE SEGURIDAD SOCIAL
DE LA POLICÍA NACIONAL**

CÓDIGO: RGA005
REVISIÓN: 1
FECHA: 02/01/2018

**ASESORÍA JURÍDICA**

- Atender y aclarar las observaciones que la administración del contrato, el Asesor Jurídico o el Director General del ISSPOL le realice por escrito, dentro de los cinco días término posteriores a la petición.

- Mantener coordinación permanente con otros profesionales contratados por el ISSPOL.

- El contratista y los miembros de su equipo, que hayan colaborado como parte de su equipo técnico, administrativo, de apoyo u otro, deberán abstenerse de publicar o difundir, parcial o totalmente, las gestiones realizadas. Esta prohibición no aplicará para la información o documentos que llegaren a ser parte de los expedientes pre-procesales o procesales puesto que dichos expedientes se entienden ser de conocimiento de las autoridades que llevan a cargo las investigaciones o de conocimiento público y libre acceso para terceros, por lo que no existirá confidencialidad alguna respecto de esta información.

- Cumplir con el objeto y finalidad del contrato.

- Las demás dispuestas en la normativa legal vigente.

**CLÁUSULA DÉCIMA SEGUNDA. - OBLIGACIONES DEL CONTRATANTE**

Son obligaciones de la entidad contratante las siguientes:

- Designar al administrador del contrato.

- Entregar al contratista a la firma del contrato, toda la información relevante para el patrocinio institucional del ISSPOL, referente a los encargos realizados.

- Cumplir con las obligaciones establecidas en el contrato y en los documentos que conforman el mismo, en forma oportuna.

- Dar solución a las peticiones y problemas que se presentaren en la ejecución del contrato, en un término de 10 días contados a partir de la petición escrita formulada por el contratista.

- En caso de ser necesario, y previo el trámite legal y administrativo respectivo, celebrar los contratos complementarios.

- Aprobar los informes para aprobación de cada producto y suscribir el acta de entrega recepción definitiva de los trabajos y/o productos recibidos, siempre que se haya cumplido con lo previsto en la ley para la entrega recepción; y, en general, cumplir con las obligaciones derivadas del contrato.

**CLÁUSULA DÉCIMA TERCERA. - RECEPCIÓN DEFINITIVA DEL CONTRATO**

"Desde el principio hasta el fin, siempre hay alguien que te protege"

Dirección: Av. De los Shyris N 39-67 y el Telégrafo

email: juridico@isspol.org.ec

Telf. 022-266-024        022-266-026

Ext:0000

ISO- 9001        Pág. 23 de 28



**INSTITUTO DE SEGURIDAD SOCIAL
DE LA POLICÍA NACIONAL**

CÓDIGO: RGА005
REVISIÓN: 1
FECHA: 02/01/2018

---

**ASESORÍA JURÍDICA**

---

**Acta de Entrega Recepción Definitiva. -** El acta de entrega recepción definitiva se suscribirá una vez cumplidas las obligaciones que del contrato se deriven, adjuntando un informe de conformidad por parte del Administrador de Contrato.

La Comisión de Recepción designada por el CONTRATANTE, estará conformada por el Administrador del Contrato y un Técnico que no haya intervenido en la etapa contractual del presente proceso de contratación, quienes suscribirán el acta de entrega recepción definitiva.

Como Técnico que no ha intervenido en la ejecución del contrato, para conformar la Comisión responsable de suscribir el acta de entrega recepción definitiva, se designa a la Abogada Fátima Estefanía Reinozo Panamá, Analista Jurídica del ISSPOL conforme consta en la Resolución de adjudicación RESOLUCIÓN Nro. DG-CP-012-2023 de 28 de marzo de 2023, quien deberá atenerse a las condiciones generales y particulares del contrato.

El CONTRATANTE, a través de la máxima autoridad o su delegado, podrá cambiar de técnico que no ha intervenido en la ejecución del contrato, para lo cual bastará remitir al Administrador.

**CLÁUSULA DÉCIMA CUARTA. - TERMINACIÓN DEL CONTRATO**

Causales de Terminación unilateral del contrato. - Tratándose de incumplimiento de la CONTRATISTA, se considerarán las siguientes causales:

**a)** Si el contratista incumple con las declaraciones que ha realizado en el formulario de la oferta - Presentación y compromiso;
**b)** El caso de que la entidad contratante encontrare que existe inconsistencia, simulación y/o inexactitud en la información presentada por la contratista, en el procedimiento precontractual o en la ejecución del presente contrato, dicha inconsistencia, simulación y/o inexactitud serán causales de terminación unilateral del contrato por lo que, la máxima autoridad de la entidad contratante o su delegado, lo declarará contratista incumplido, sin perjuicio además, de las acciones judiciales a que hubiera lugar.
**c)** Incumplimiento del contrato por parte de la firma internacional reportada desde el administrador de contrato, misma que debe ser notificada, y remitidos sus descargos correspondientes.

**Terminación por mutuo acuerdo. -** Cuando por circunstancias imprevistas, técnicas o económicas, o causas de fuerza mayor o caso fortuito, no fuere posible o conveniente para los intereses de las partes, ejecutar total o parcialmente el contrato, las partes podrán, por mutuo acuerdo, convenir en la extinción de todas o algunas de las obligaciones contractuales, en el estado en que se encuentren.

La terminación por mutuo acuerdo no implicará renuncia a derechos causados o adquiridos en favor del CONTRATANTE o de la CONTRATISTA.

**Procedimiento de terminación unilateral:** El procedimiento de terminación unilateral se instituye como la última alternativa respecto a actuaciones de la contratista que puedan ser corregidas inclusive con la

---

"Desde el principio hasta el fin, siempre hay alguien que te protege"

| | |
|---|---|
| Dirección: Av. De los Shyris N 39-67 y el Telégrafo | Telf: 022-266-024    022-266-026 |
| | Ext:0000 |
| email: juridico@isspol.org.ec | ISO- 9001    Pág. 24 de 28 |

SGS



# INSTITUTO DE SEGURIDAD SOCIAL
# DE LA POLICÍA NACIONAL

CÓDIGO: RG/005
REVISIÓN: 1
FECHA: 02/01/2018

## ASESORÍA JURÍDICA

imposición de multas. Por tanto, para el inicio de un trámite de terminación unilateral, el ISSPOL debe agotar todos los mecanismos de solución amigables previstos en la legislación aplicable y en este contrato.

Para iniciar un procedimiento de terminación unilateral, el ISSPOL, definirá mediante un informe motivado las causas que sustentan dicha decisión. De forma especial y para fundamentar lo previsto en la letra c) de la Cláusula Décima Séptima, el Administrador del Contrato deberá individualizar la causa de incumplimiento, sin que esta pueda subsumirse únicamente a retrasos en la entrega de información.

En lo que tiene que ver con el procedimiento, el Administrador del Contrato pondrá en conocimiento de la Máxima Autoridad del ISSPOL el informe contentivo del incumplimiento, a fin que ésta se lo comunique al Contratista quien tendrá 20 días para oponerse. Una vez concluido dicho término, la máxima Autoridad del ISSPOL emitirá su decisión.

**CLÁUSULA DÉCIMA QUINTA. - CONFIDENCIALIDAD**

El contratante y la contratista convienen en que toda la información que llegue a su conocimiento de la otra parte, en razón de la ejecución del presente contrato será considerada confidencial o no divulgable. Por lo tanto, estará prohibida su utilización en beneficio propio o de terceros o en contra de tal información.

El incumplimiento de esta obligación será causal para dar por terminado este contrato, y quedará a criterio de la parte afectada el iniciar las acciones correspondientes por daños y perjuicios.

La Contratista y/o cualquiera de sus colaboradores quedan expresamente prohibidos de reproducir o publicar la información del proyecto materia del contrato, incluyendo coloquios, exposiciones, conferencias o actos académicos, salvo autorización por escrito de la entidad contratante.

Toda información que administra el Instituto de Seguridad Social de la Policía Nacional ISSPOL, es de carácter confidencial, por lo que la Contratista y el personal que dependa de esta, deberán guardar absoluta reserva y confidencialidad de dicha información; no pudiendo reproducirla ni en forma general ni parcial, generarla o difundirla en ninguna forma sin el consentimiento expreso del Director General del Instituto de Seguridad Social de la Policía Nacional, incluso luego de haber terminado el plazo de ejecución, es decir, durante la ejecución del contrato y a la finalización del mismo de manera indefinida, con excepción la requerida por autoridad competente.

La Contratista, no podrá brindar ni asistir a entrevistas que se relacionen al contrato de la prestación del servicio a ningún medio de comunicación, a menos que reciba requerimiento o autorización expresa del Director General del Instituto de Seguridad Social de la Policía Nacional ISSPOL, debiendo sustentar la posición del ISSPOL con prudencia, evitando la afectación o menoscabo de la imagen institucional.

La Contratista será responsable de que el personal a su cargo guarde total confidencialidad sobre la información recibida, la inobservancia tanto de la Contratista como el de su personal, sobre la

| "Desde el principio hasta el fin, siempre hay alguien que te protege" | Telf: 022-266-024 | 022-266-026 | |
|---|---|---|---|
| Dirección: Av. De los Shyris N 39-67 y el Telégrafo | Ext:0000 | | |
| email: juridico@isspol.org.ec | ISO- 9001 | Pág. 25 de 28 | SGS |



**INSTITUTO DE SEGURIDAD SOCIAL
DE LA POLICÍA NACIONAL**

CÓDIGO: RGA005
REVISIÓN: 1
FECHA: 02/01/2018

**ASESORÍA JURÍDICA**

confidencialidad de tipo indefinida dará lugar a que Instituto de Seguridad Social de la Policía Nacional ISSPOL, ejerza las acciones legales, civiles y penales correspondientes.

**CLÁUSULA DÉCIMA SEXTA. - SOLUCIÓN DE CONTROVERSIAS**

Las partes contratantes acuerdan que todas las controversias que tengan relación o se deriven de este contrato, incluidas entre ellas, las que surjan sobre la su interpretación, su ejecución, su incumplimiento y su validez, deberán ser sometidas a los siguientes mecanismos de resolución de conflictos:

Mediación

Las Partes podrán someterse al procedimiento de mediación prevista en la Ley ecuatoriana, ante un mediador del Centro de Mediación de la Procuraduría General del Estado.

Finalizado el proceso de mediación, se suscribirá un acta en la que conste el acuerdo total o parcial, o en su defecto, la imposibilidad de haber logrado acuerdo alguno. Esta acta en la que conste el acuerdo tiene efecto de sentencia ejecutoriada y cosa juzgada y se ejecutará del mismo modo que las sentencias de última instancia siguiendo la vía de apremio, sin que el juez de la ejecución acepte excepción alguna, salvo las que se originen con posterioridad a la suscripción del acta de mediación.

Arbitraje

Todas las disputas que surjan de o que guarden relación con el presente Contrato, su interpretación, su ejecución, o su terminación anticipada, e incluyendo cualquier acción u omisión del Administrador del Contrato, que no hayan sido resueltas mediante negociación directa o mediante la conciliación amigable o la mediación según lo previsto en la presente cláusula se resolverán mediante arbitraje, de acuerdo con el Reglamento de Arbitraje del Centro Internacional para la Resolución de Controversias división internacional de la Asociación Americana de Arbitraje vigente a la fecha de celebración de este contrato. El arbitraje será en derecho y se conducirá en idioma castellano.

El Centro Internacional para la Resolución de Controversias división internacional de la Asociación Americana de Arbitraje de Miami administrará el procedimiento, y actuará como autoridad nominadora, de ser el caso.

El Tribunal Arbitral estará compuesto por tres (3) miembros, a menos que la controversia sea cuantificable y el valor en disputa sea inferior al equivalente de cinco millones de dólares (US$5.000.000), en cuyo caso el Tribunal Arbitral será unipersonal.

Cuando el tribunal arbitral deba estar compuesto por tres (3) miembros, cada Parte designará a un miembro del Tribunal Arbitral, y los dos árbitros así nombrados elegirán el tercer árbitro, de conformidad con el Reglamento de Arbitraje del Centro Internacional para la Resolución de Controversias división internacional de la Asociación Americana de Arbitraje vigente a la fecha de celebración de este contrato.

| *"Desde el principio hasta el fin, siempre hay alguien que te protege"* | | |
|---|---|---|
| | Telf: 022-266-024 | 022-266-026 |
| Dirección: Av. De los Shyris N 39-67 y el Telégrafo | Ext:0000 | |
| email: juridico@isspol.org.ec | ISO- 9001 | Pág. 26 de 28 |



**INSTITUTO DE SEGURIDAD SOCIAL
DE LA POLICÍA NACIONAL**

CÓDIGO: RG/005
REVISIÓN: 1
FECHA: 02/01/2018

**ASESORÍA JURÍDICA**

Cuando el tribunal arbitral deba estar compuesto por un (1) miembro, éste será designado por el Centro Internacional para la Resolución de Controversias división internacional de la Asociación Americana de Arbitraje de Miami.

La sede del arbitraje será la ciudad de Miami, Florida.

El presente Contrato se regirá e interpretará de acuerdo con las leyes de la República del Ecuador.

No obstante que una controversia sea sometida a arbitraje, las Partes deberán continuar cumpliendo con sus obligaciones al amparo del presente Contrato.

**CLÁSULA DÉCIMA SÉPTIMA. - COMUNICACIONES ENTRE LAS PARTES**

Todas las comunicaciones, sin excepción, entre las partes, relativas a la ejecución del contrato, serán formuladas por escrito y en idioma español, a través de medios impresos y/o medios electrónicos. Las comunicaciones entre el administrador del contrato y LA CONTRATISTA se harán a través de documentos escritos y/o por medios electrónicos.

**CLÁUSULA DÉCIMA OCTAVA. - DOMICILIO**

Para todos los efectos de este contrato, las partes convienen en señalar su domicilio en la ciudad de Quito.

Para efectos de comunicación o notificaciones, las partes señalan como su dirección, las siguientes:

**EL CONTRATANTE. - INSTITUTO DE SEGURIDAD SOCIAL DE LA POLICÍA NACIONAL ISSPOL**
**RUC:** 1768061090001
**Dirección:** Av. De los Shyris N 39-67 y el Telégrafo Teléfono: (02) 3966-000
**Correo electrónico:** isspol@isspol.org.ec
Quito-Ecuador

**LA CONTRATISTA. - CONSORCIO JURÍDICO EXPERTISE-GIDEON FISHER & Co LLC IDENTIFICACIÓN No.**
92-3195698-EIN
**Teléfono:** (02) 3826777
**Correo electrónico:** lawfirm@expertise.com.ec; alberto.pena@expertise.com.ec
Quito-Ecuador

**CLAUSULA DÉCIMA NOVENA. -ACEPTACION DE LAS PARTES**

Declaración. - Las partes libre, voluntaria y expresamente declaran que conocen y aceptan el texto íntegro de los pliegos y demás documentación que forma parte integrante de la presente contratación.

| "Desde el principio hasta el fin, siempre hay alguien que te protege" | | |
|---|---|---|
| | Telf: 022-266-024 | 022-266-026 |
| Dirección: Av. De los Shyris N 39-67 y el Telégrafo | Ext:0000 | |
| email: juridico@isspol.org.ec | ISO- 9001 | Pág. 27 de 28 |



### INSTITUTO DE SEGURIDAD SOCIAL
### DE LA POLICÍA NACIONAL

| CÓDIGO: RG/005 |
| REVISIÓN: 1 |
| FECHA: 02/01/2018 |

---

**ASESORÍA JURÍDICA**

---

Libre y voluntariamente, las partes expresamente se ratifican en todo lo convenido en el presente contrato y se someten a sus estipulaciones.

Para constancia y fiel cumplimiento de lo descrito, las partes suscriben el presente.

En el Distrito Metropolitano de la ciudad de San Francisco de Quito, 11 de abril de 2023.

**Por ISSPOL**

**CORONEL DE POLICÍA DE E.M**
**RENATO GONZÁLEZ PEÑAHERRERA**
**DIRECTOR GENERAL DEL ISSPOL**
**RUC: 1768061090001**

**EL CONTRATISTA**

**ALBERTO HERNÁN PEÑA MOSCOSO**
**PROCURADOR COMÚN**
**CONSORCIO JURÍDICO EXPERTISE GIDEON FISHER & Co LLC**
**IDENTIFICACIÓN No. 92-3195698-EIN**

---

| "Desde el principio hasta el fin, siempre hay alguien que te protege" | | |
|---|---|---|
| | Telf: 022-266-024 | 022-266-026 |
| Dirección: Av. De los Shyris N 39-67 y el Telégrafo | Ext:0000 | |
| email: juridico@isspol.org.ec | ISO- 9001 | Pág. 28 de 28 |