UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 23-CV-23730-RAR

**UNITED STATES OF AMERICA**,

    Plaintiff,

v.

**ALL ASSETS ON DEPOSIT AND RESTRAINED IN BROKERAGE ACCOUNT NO. 20010195 AT SAFRA NATIONAL BANK OF NEW YORK**;

**ALL ASSETS ON DEPOSIT AND RESTRAINED IN CORPORATE CHECKING ACCOUNT NO. 17271261 AT SAFRA NATIONAL BANK OF NEW YORK**; and

**ALL ASSETS ON DEPOSIT AND RESTRAINED IN CORPORATE CHECKING ACCOUNT NO. 17271253 AT SAFRA NATIONAL BANK OF NEW YORK**,

    Defendants *In Rem*.
_____/

**INSTITUTO DE SEGURIDAD SOCIAL DE LA POLICIA NACIONAL**,

    Claimant.
_____/

**ASEGURADORA DEL SUR**,

    Claimant.
_____/

**SAFRA NATIONAL BANK OF NEW YORK**,

    Claimant.
_____/

## SECOND JOINT STATUS REPORT FILED IN COMPLIANCE WITH ORDER REQUIRING STATUS UPDATE [ECF No. 65]

In compliance with this Court's Order at ECF No. 65, the United States of America and Claimants, Instituto de Seguridad Social de la Policia Nacional ("ISSPOL"), Aseguradora Del Sur ("ADS"), and Safra National Bank of New York ("Safra" and, together with the United States, ISSPOL, and ADS, the "Parties"), through the undersigned respective counsel, hereby file this joint status report, stating as follows.

1. On March 4, 2025, the Parties filed a joint status report in compliance with this Court's Order Granting in Part and Denying in Part Consent Motion, ECF No. 63, ("Initial Status Report"), ECF No. [64].

2. After the filing of the Initial Status Report on March 4, 2025, the Court entered an Order requiring the Parties to file a status update on or before June 2, 2025. *See* Paperless Order, ECF No. [65].

3. As set forth in the Initial Status Report, the United States Attorney's Office must receive approval for the settlement from the Deputy Attorney General of the United States Department of Justice due to the monetary amount involved in this case and settlement. *See* Asset Forfeiture Policy Manual Ch.10.II.A (2025).[1] While the approval process has begun, it can exceed six months.

4. The United States' proposed settlement agreement with ISSPOL and ADS remains under review by management within the United States Attorney's Office whose approval is required prior to submission of the proposed settlement to the Money Laundering and Asset Recovery Section of the United States Department of Justice, and, ultimately, the

---

[1] *Available at* https://www.justice.gov/criminal/criminal-afmls/file/839521/dl.

Deputy Attorney General.

5. Should the Court deem a subsequent joint status report to be appropriate, the Parties respectfully propose a deadline of no sooner than 90 days from this filing.

Respectfully submitted,
**HAYDEN P. O'BYRNE**
**UNITED STATES ATTORNEY**

By: <u>s/ Annika M. Miranda</u>
Annika M. Miranda
Assistant United States Attorney
Florida Bar No. 64975
99 N.E. 4th Street, 7th Floor
Miami, Florida 33132-2111
Telephone: (305) 961-9303
Facsimile: (305) 536-4089
annika.miranda@usdoj.gov

and

<u>s/ Jorge R. Delgado</u>
Jorge R. Delgado
Assistant United States Attorney
Florida Bar No. 084118
U.S. Attorney's Office
500 E. Broward Blvd., Suite 700
Fort Lauderdale, FL 33394
Telephone: (954) 660-5954
E-mail: Jorge.Delgado2@usdoj.gov

**Counsel for Claimant, Instituto de Seguridad Social de la Policia Nacional:**

| | |
|---|---|
| Respectfully submitted,<br>**COFFEY BURLINGTON, P.L.**<br>*Co- Counsel for ISSPOL*<br>2601 South Bayshore Drive, PH 1<br>Miami, Florida 33133<br>Tel: 305-858-2900<br>Fax: 305-858-5261<br><br>By: <u>/s/ Kendall B. Coffey</u><br>Kendall B. Coffey, FBN.: 259861<br>George Kyriakopoulos, FBN: 1049234<br>kcoffey@coffeyburlington.com<br>georgek@coffeyburlington.com<br>lmaltz@coffeyburlington.com<br>service@coffeyburlington.com | Respectfully submitted,<br>**BASS INSTITUTE FOR DIVERSITY**<br>*Co- Counsel for ISSPOL*<br>2821 S Bayshore Drive, Suite UPH-B<br>Miami, Florida 33131-2176<br>Tel.: 305-505-8777<br>Cell: 305-798-5506<br><br>By: <u>/s/ Hilarie Bass</u><br>Hilarie Bass, Esquire<br>Fla. Bar. No. 334243<br>bassh@bassinstitute.org |

Respectfully submitted,
**VEDDER PRICE**
*Co- Counsel for ISSPOL*
600 Brickell Avenue, Suite 1500
Miami, Florida 33131
Tel.: 786-741-3260
Fax: 786-741-3202

By:  */s/ Fernando L. Tamayo*
Fernando L. Tamayo, FBN: 28530
ftamayo@vedderprice.com


**Counsel for Claimant, Aseguradora Del Sur:**

| Respectfully submitted, | Respectfully submitted, |
|---|---|
| **CUETO LAW GROUP** | **CHRISTOPHER LYONS, P.A.** |
| *Attorneys for Claimant "ADS"* | *Attorneys for Claimant "ADS"* |
| 2100 Ponce de Leon Boulevard, Suite 1250 | 2601 South Bayshore Drive, Suite 800 |
| Coral Gables, FL   33146 | Miami, Florida 33133 |
| Telephone: (305)710-7868 | Telephone: (305) 377-3770 |
| Facsimile: 305-777-0449 | Facsimile: (305) 377-0080 |
| | |
| By:  */s/ Santiago Cueto* | By:  */s/ Christopher G. Lyons* |
| SANTIAGO CUETO | CHRISTOPHER G. LYONS |
| Florida Bar No.: 162566 | Florida Bar No.: 985457 |
| sc@cuetolawgroup.com | clyons@maselaw.com |
| | dfigueroa@maselaw.com |

Respectfully submitted,
**GAVIRIA LAW FIRM**
*Attorneys for Claimant "ADS"*
14 NE 1st Avenue, Suite 301
Miami, Florida 33132
Telephone: (305) 379-4441
Facsimile: (305) 479-4654

By:  */s/ Frank J. Gaviria*
FRANK J. GAVIRIA
Florida Bar No.: 979058
frank@fjgfirm.com
keity@fjgfirm.com

**Counsel for Claimant, Safra National Bank of New York:**
Respectfully submitted,
**BARTON LLP**
*Attorneys for Claimant, Safra National Bank of New York*
Barton LLP
711 3rd Ave Fl 14
New York, NY 10017-4014
Office: 212-687-6262

By: */s/ Roger S. Kobert*
ROGER S. KOBERT
Florida Bar No.: 795295
rkobert@bartonesq.com