UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 23-CV-23730-RAR

UNITED STATES OF AMERICA,

      Plaintiff,

v.

All Assets on Deposit and Restrained in Brokerage Account
No. 17271261 at SAFRA National Bank of New York, *et al.*,

      Defendants *in rem*,

_____/

**RESPONSE BY CLAIMANT SAFRA NATIONAL BANK OF NEW YORK
REGARDING DOC. NO. 67 (MOTION TO INTERVENE)**

    Claimant Safra National Bank of New York ("Safra"), through counsel and in accordance with a paperless order [DE 71] requiring the parties to inform the Court whether they have a position on a Motion to Intervene filed by non-party Consorcio Juridico Expertise – Gideon Fisher & Co, LLC [DE 67], states that Safra takes no position as to that motion.

                                      Respectfully submitted,

                                      */s/  Roger S. Kobert*
                                      Roger S. Kobert (FBN 795295)
                                      rkobert@bartonesq.com
                                      BARTON LLP
                                      711 Third Avenue, 14th Floor
                                      New York, New York 10017
                                      (212) 687-6262
                                      *Attorneys for Claimant*
                                      *Safra National Bank of New York*